UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXIDE TECHNOLOGIES, ET AL<br><br>　　　　　　　　　　Debtors. | CHAPTER 11<br><br>Case No. 02-11125 (KJC)<br>Jointly Administered Cases |

**NOTICE OF APPEAL OF ENERSYS DELAWARE, INC. f/k/a ENERSYS, INC.
OF ORDER GRANTING DEBTORS' MOTION TO REJECT**

EnerSys Delaware, Inc. f/k/a EnerSys, Inc. ("**EnerSys**"), by and through their undersigned attorneys, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, from (i) the *Order Granting the Debtors' Motion to Reject (Docket No. 5378)*, entered by the United States Bankruptcy Court for the District of Delaware on April 3, 2006. This Notice of Appeal is timely pursuant to Rules 8002 and 9006 of the Federal Rules of Bankruptcy Procedure.

In accordance with Federal Rule of Bankruptcy Procedure 8001(a), the names of the parties to this appeal and the names and addresses of their respective counsel are as follows:

**Appellant**:　EnerSys

Attorneys:

Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3304

Robert Lapowsky, Esq.
Carl W. Hittinger, Esq.
Neil C. Schur, Esq.
Dean R. Batson, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 751-2866

SL1 624522v1/008444.00325

**Appellees:**     **The Debtors**

Attorneys:

Paul R. Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
Tel: 312-861-2000

Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614
Tel: (312) 543-0412

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801
Tel: 302-778-6407


**Interested Party:**     **Official Committee of Unsecured Creditors**

Attorneys:

Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
Tel: 212-872-8040

David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: 302-777-6566

Dated: April 11, 2006

STEVENS & LEE, P.C.

/s/ *Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3304
Telecopier: (610) 371-8512
E-mail: tgw@stevenslee.com

- and –

Robert Lapowsky, Esquire
Carl W. Hittinger, Esquire
Neil C. Schur, Esquire
Dean R. Batson, Esquire
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 751-2866
Telecopier: (610) 371-7958
E-mail: rl@stevenslee.com

*Counsel for EnerSys Delaware, Inc.*

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, hr., hereby certify that on April 11, 2006, I caused a copy of the foregoing *Notice Of Appeal Of EnerSys Delaware, Inc. f/k/a EnerSys, Inc. to Order Granting Debtors' Motion to Reject* to be served upon the parties listed below in the manner indicated:

***Via Facsimile and Federal Express***
Paul Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

***Via Facsimile and Hand Delivery***
James E. O'Neill, Esquire

Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

***Via Facsimile & Regular Mail***
Mark Kenney, Esquire
U.S. Trustee's Office
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

***Via Facsimile & Regular Mail***
Fred Hodara, Esquire

Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

***Via Facsimile & Regular Mail***
David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709

***Via Facsimile & Regular Mail***
Mark L. Metz, Esquire
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

***Via Facsimile & Regular Mail***
Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

***Via Facsimile & Regular Mail***
Marcia Landweber Goldstein, Esquire
Troy L. Cady, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

***Via Facsimile & Regular Mail***
Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

***Via Facsimile & Regular Mail***
Douglas P. Bartner, Esquire
Marc B. Hankin, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

SL1 624522v1/008444.00325

*Via Facsimile & Regular Mail*
Laurie Selber Silverstein, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*Via Facsimile & Federal Express*
Roger P. Furey, Esquire
William Bosch, Esquire
Intellectual Property Law Department
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5201

*Via Facsimile and Federal Express*
Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

*Via Hand Delivery*
The Honorable Kevin J. Carey
United States Bankruptcy Court for the
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

/s/ *Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

05/08/2006

C.A. No.:
Bankruptcy Case No.: **02-11125(KJC)**
Appeal No.: **06-33**

Bankruptcy Appeal Transmittal Sheet

| | |
|---|---|
| Name of Appellant(s) | **EnerSys Delaware, Inc.** |
| Counsel for Appellant(s) | Thomas G. Whalen, Jr., Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 425-3304 |
| | And |
| | Robert Lapowsky, Esquire<br>Carl W. Hittinger, Esquire<br>Neil C. Schur, Esquire<br>Dean R. Batson, Esquire<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>(215) 751-2866 |
| Name of Debtor | **Exide Technologies, Inc** |
| Counsel of Debtor | Matthew N. Kleiman, Esquire<br>Matthew N. Kleiman, P.C.<br>2506 North Clark Street, Suite 307<br>Chicago, IL 60614<br>(312) 543-0412 |
| | And |

James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, LLC
919 North Market Street, 17th Floor
Wilmington, DE 19801
(302) 652-4100

Enclosed Items:

Notice of Appeal #AP-06-33 (Docket #5385)
Appealed Order (Docket #5378)
Appellant's Designation of Items on Appeal (Docket #5435)
Appellee's Counter Designation (Docket #5471)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **EXIDE TECHNOLOGIES et al.,** | : | Case No. 02-11125-KJC |
| | : | (Jointly Administered) |
| Debtors. | : | |

## ORDER

AND NOW, this 3rd day of April, 2006, upon consideration of the Exide's Motion to Reject (Docket Nos. 1614, 1615, 1617 and 1618), the opposition of EnerSys, Inc. thereto after hearing thereon and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED AND DECREED** that:

1. The Motion to Reject is GRANTED;

2. EnerSys shall have two years from the date hereof to discontinue any use of the Exide mark (as described in the accompanying Memorandum);

3. EnerSys, Inc. Shall have thirty days from the date of this Order to file its rejection damage claim;

4. A hearing will be held on **April 27, 2006 at 10:00A.M.** in Bankruptcy Courtroom No. 5, 824 Market Street, Fifth Floor, Wilmington, Delaware to consider whether the Court should impose a transition plan, and if so, what the terms of such a plan should be; and

5.  The parties shall have until **April 24, 2006** to file and serve position papers with respect to any further relief to be ordered by the Court.


BY THE COURT:

_/s/ Kevin J. Carey_
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

Courtesy copies mailed from Chambers to Interested Counsel:

Counsel for Debtor

James E. O'Neill, Esquire
Kathleen Marshall DePhillips, Esquire
Pachulski, Stang, Ziehl, Young, Jones
 & Weintraub, P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Matthew N. Kleiman, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Counsel for EnerSys

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th floor
Wilmington, DE 19801

Robert Lapowsky, Esquire
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19107

Counsel for the Official Committee of Unsecured Creditors

David B. Stratton, Esquire
David M. Fournier, Esquire
Pepper Hamilton, LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709

Fred S. Hodara, Esquire
Elaine M. Laflamme, Esquire
Mitchell P. Hurley, Esquire
Mary R. Masella, Esquire
Jeffrey M. Anapolsky, Esquire
Akin Gump Strauss Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022