IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **EXIDE TECHNOLOGIES et al.,** | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 02-11125-(KJC) |
| | : | (Jointly Administered) |
| | : | |
| | : | **Related to Docket No. 5385** |

**ENERSYS DELAWARE, INC. F/K/A ENERSYS, INC.'S DESIGNATION OF ITEMS
FOR RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

EnerSys Delaware, Inc. f/k/a EnerSys, Inc. ("**EnerSys**"), by and through their undersigned attorneys, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates the items to be included in the record and sets forth the statement of issues on its appeal from the "*Order Granting Motion to Reject Notice to Reject the Trademark and Trade Name License Agreement Between Exide Corporation and Yuasa Battery (America), Inc.*" (Docket No. 5378) (the "**Rejection Order**") entered by the Bankruptcy Court on April 3, 2006. This Designation of Items for Appeal is timely pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

I. **Designation Of Items For Record On Appeal.**

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 1. | 1613 | 03/14/2003 | Notice to Reject the Asset Purchase Agreement Between Exide Corporation and Yuasa Battery (America), Inc. |

1

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 2. | 1614 | 03/14/2003 | Notice to Reject the Asset Purchase Agreement Between Exide Corporation and Yuasa Battery (America), Inc. |
| 3. | 1615 | 03/14/2003 | Notice to Reject the Administrative Services Agreement Between Exide Corporation and Yuasa Battery (America), Inc. Dated June 10, 1991 |
| 4. | 1616 | 03/14/2003 | Notice to Reject The Miscellaneous Services Agreement Between Exide Corporation and Yuasa-Exide, Inc. |
| 5. | 1617 | 03/14/2003 | Notice To Reject Letter Agreement Dated December 27, 1994 from Ernest J. Choquette to Bernard F. Stewart |
| 6. | 1618 | 03/14/2003 | Notice to Reject the Trademark and Trade Name License Agreement Between Exide Corporation and Yuasa Battery (America), Inc. |
| 7. | 1694 | 03/31/2003 | Supplemental Certificate of Service Re: Notice to Reject the Administrative Services Agreement Between Exide Corporation and YUASA Battery (America), Inc. Dated June 10, 1991 |
| 8. | 1695 | 03/31/2003 | Supplemental Certificate of Service Re: Notice to Reject the Miscellaneous Services Agreement Between Exide Corporation and YUASA-Exide, Inc. |
| 9. | 1696 | 03/31/2003 | Supplemental Certificate of Service Re: Notice to Reject Letter Agreement Dated December 27, 1994 from Ernest J. Choquette to Bernard F. Stewart |
| 10. | 1697 | 03/31/2003 | Supplemental Certificate of Service Re: Notice to Reject the Trademark and Trade Name License Agreement Between Exide Corporation and YUASA Battery (America), Inc. |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 11. | 1699 | 04/01/2003 | Supplemental Certificate of Service Regarding Notice to Reject the Administrative Services Agreement Between Exide Corporation and Yuasa-Exide, Inc. Dated April 1, 1992 |
| 12. | 1726 | 04/14/2003 | Objection to Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Tradename License Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |
| 13. |  | 04/23/2003 | Proof of Claim filed by EnerSys, Inc. |
| 14. | 1771 | 04/25/2003 | Certification of Counsel for EnerSys, Inc. with Respect to Proposed Scheduling Order for Motions to Reject Alleged Executory Contracts |
| 15. | 1772 | 04/25/2003 | Certification of Counsel Regarding the Scheduling Order on the Objection of EnerSys, Inc. to the Debtors' Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Trade Name Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |
| 16. | 1776 | 04/28/2003 | Certification of Counsel Regarding the Scheduling Order on the Objection of EnerSys, Inc. to the Debtors' Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Trade Name Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 17. | 1782 | 04/29/2003 | Motion of EnerSys, Inc. to Continue Hearing Date and Establish Discovery and Briefing Schedule in Connection with Notices to Reject (A) 1991 Asset Purchase Agreement, (B) 1991 Trademark and Trade Name License Agreement, (C) December 27, 1994 Letter Agreement; (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |
| 18. | 1783 | 04/29/2003 | Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider its Motion to Continue Hearing Date and Establish Discovery and Briefing Schedule in Connection with Notices to Reject (A) 1991 Asset Purchase Agreement, (B) 1991 Trademark and Trade Name License Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |
| 19. | 1802 | 05/07/2003 | Second Certification of Counsel Regarding Scheduling Order on the Objection of EnerSys, Inc. to the Debtor's Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Trade Name Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |
| 20. | 1850 | 05/16/2003 | Order (Scheduling) on the Objection of EnerSys, Inc. to the Debtors' Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Trade Name Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 21. | | 05/29/2003 | Debtors Objections and Responses to EnerSys' First Request for Production of Documents |
| 22. | | 05/29/2003 | Debtors Objections and Responses to First Set of Interrogatories of EnerSys, Inc. Addressed to Debtors |
| 23. | 1915 | 06/05/2003 | EnerSys, Inc.'s Expedited Motion to Compel Discovery Responses from Exide and to Extend Discovery, Briefing and Hearing Schedule |
| 24. | 1916 | 06/05/2003 | EnerSys, Inc.'s Brief in Support of its Expedited Motion to Compel Discovery Responses from Exide and to Extend Discovery, Briefing and Hearing Schedule |
| 25. | 1917 | 06/05/2003 | EnerSys, Inc.'s Motion for an Order Expediting Time for Hearing to Consider its Expedited Motion to Compel Discovery Responses from Exide and to Extend Discovery, Briefing and Hearing Schedule |
| 26. | 1937 | 06/10/2003 | Order Granting Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider its Expedited Motion to Compel Discovery Responses from Exide and to Extend Discovery, Briefing and Hearing Schedule |
| 27. | 1930 | 06/11/2003 | Debtors' Objection to Emergency Motion of EnerSys, Inc. to Compel Discovery Responses from Exide and to Extend Discovery, Briefing and Hearing Schedule |
| 28. | 1938 | 06/12/2003 | Stipulated Protective Order |
| 29. | 1946 | 06/17/2003 | EnerSys' Second Notice of Oral Depositions |

5

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 30. | 1959 | 06/19/2003 | EnerSys, Inc.'s Second Expedited Motion to Compel Discovery Responses from Exide |
| 31. | 1960 | 06/19/2003 | EnerSys, Inc.'s Motion for an Order Expediting Time for the Hearing to Consider its Second Expedited Motion to Compel Discovery Responses from Exide |
| 32. | | 06/24/2003 | Transcript of Hearing held on 6/24/03 |
| 33. | 1979 | 06/25/2003 | Certification of Counsel Filed by EnerSys, Inc. |
| 34. | 1991 | 06/25/2003 | Order (Amended Scheduling) on the Objection of EnerSys, Inc. to the Debtors' Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Trade Name Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dates June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |
| 35. | | 07/11/2003 | Transcript of Hearing held on 7/11/03 |
| 36. | | 08/01/2003 | Debtors Supplemental Objections and Responses to Amended Interrogatory 24 of EnerSys' First Set of Interrogatories and Amended Document Request 48 of EnerSys' First Set of Document Requests |
| 37. | 2186 | 08/19/2003 | Objection of EnerSys, Inc. to Disclosure Statement for Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 38. | | 08/21/2003 | Debtors' Objections and Responses to EnerSys' Second Request for Production of Documents EnerSys Addressed to Debtors |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 39. | | 08/21/2003 | Debtors Supplemental Response to Interrogatory No. 1 |
| 40. | 2270 | 08/29/2003 | Debtors' Motion for Summary Judgment that the Trademark License is Executory |
| 41. | 2271 | 08/29/2003 | Debtors Memorandum in Support of their Motion for Summary Judgment that the Trademark License is Executory |
| 42. | 2302 | 09/05/2003 | Emergency Motion for Entry of an Order Authorizing an Examination of Exide Pursuant to Bankruptcy Rule 2004 Filed by EnerSys, Inc. |
| 43. | 2303 | 09/05/2003 | Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider its Emergency Motion for the Entry of an Order Authorizing an Examination of Exide |
| 44. | 2315 | 09/08/2003 | Emergency Motion of EnerSys, Inc. for the Entry of an Order Extending the Response Deadline to the Debtors' Motion for Summary Judgment Pursuant to Local Rule 9006-2 |
| 45. | 2316 | 09/08/2003 | Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider its Emergency Motion of EnerSys, Inc. for the Entry of an Order Extending the Response Deadline to the Debtors' Motion for Summary Judgment Pursuant to Local Rule 9006-2 |
| 46. | 2371 | 09/15/2003 | Motion for Protective Order to Quash EnerSys's Rule 30(b)(6) Notice of Deposition |
| 47. | 2372 | 09/15/2003 | Memorandum of Law in Support of its Motion for a Protective Order to Quash EnerSys's Rule 30(b)(6) Notice of Deposition |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 48. | 2406 | 09/22/2003 | Certification of Counsel of EnerSys, Inc. with Respect to Debtors' Notice of Agenda |
| 49. | 2416 | 09/22/2003 | Memorandum of EnerSys, Inc. in Support of its Objection to Debtors' Motion for Summary Judgment that the Trademark License is Executory |
| 50. | | 09/22/2003 | Debtors Objections to the First Set of Interrogatories of EnerSys Addressed to Debtors Related to Plan Confirmation |
| 51. | | 09/22/2003 | Debtors Responses and Objections to First Request for Production of Documents of EnerSys Addressed to Debtors Related to Plan Confirmation |
| 52. | 2437 | 09/24/2003 | Objections to Debtors' Interrogatories Directed to EnerSys, Inc. |
| 53. | 2438 | 09/24/2003 | Objections to Debtors' First Set of Document Requests Addressed to EnerSys, Inc. |
| 54. | 2470 | 09/29/2003 | Response of EnerSys, Inc. in Opposition to Debtors' Motion for a Protective Order to Quash EnerSys' Rule 30(b)(6) Notice of Deposition and Cross-Motion to Preclude the Trial Testimony of Craig H. Muhlhauser and Attorney Stuart Kupinsky |
| 55. | 2471 | 09/29/2003 | Motion of EnerSys, Inc. for Authority to File Under Seal its Brief in Support of Cross-Motion to Preclude the Trial Testimony of Craig H. Mulhauser and Attorney Stuart Kupinsky |
| 56. | | 10/01/2003 | Debtors Responses to the First Set of Interrogatories of EnerSys Addressed to Debtors Related to Plan Confirmation |

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 57. | 2494 | 10/02/2003 | Certification of Counsel Regarding Second Scheduling Order on the Objection of EnerSys, Inc. to the Debtors' Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Trade Name Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |
| 58. | 2546 | 10/03/2003 | Order Approving Motion of EnerSys, Inc. for Authority to File Under Seal its Brief in Support of Cross-Motion to Preclude the Trial Testimony of Craig H. Mulhauser and Attorney Stuart Kupinsky |
| 59. | 2540 | 10/06/2003 | Order (Second Amended Scheduling) on the Objection of EnerSys, Inc. to the Debtors' Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Trade Name Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991 and (E) Administrative Services Agreement Dated April 1, 1992 |
| 60. | 2544 | 10/06/2003 | Order (Protective) By and Between Debtors and EnerSys, Inc. Order |
| 61. | 2547 | 10/06/2003 | EnerSys Inc.'s Memorandum of Law in Opposition to Debtor Exide Technologies' Motion for a Protective Order to Quash EnerSys' Rule 30(b)(6) Notice of Deposition and in Support of the Cross Motion of EnerSys Inc. to Preclude the Trial Testimony of Craig H. Muhlhauser and Attorney Stuart Kupinsky |
| 62. | 2548 | 10/07/2003 | Debtors' Reply Memorandum in Support of Their Motion for Summary Judgment that the Trademark License is Executory |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 63. | 2559 | 10/08/2003 | Debtors' Motion for Leave to File Their Summary Judgment Reply on October 6, 2003, Nunc Pro Tunc |
| 64. | 2563 | 10/08/2003 | Objection of EnerSys, Inc. to Confirmation of Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 65. | 2717 | 10/14/2003 | Memorandum in Support of Their Motion for a Protective Order |
| 66. | 2718 | 10/14/2003 | Debtors' Motion for Leave to File Debtors' Reply Memorandum in Support of Their Motion for a Protective Order |
| 67. | 2720 | 10/14/2003 | Debtors' Memorandum in Opposition to EnerSys' Cross-Motion to Preclude the Trial Testimony of Messrs. Muhlhauser and Kupinsky and Exhibits Thereto |
| 68. | 2721 | 10/14/2003 | Debtors' Memorandum in Opposition to EnerSys' Cross-Motion to Preclude the Trial Testimony of Messrs. Muhlhauser and Kupinsky and Exhibits Thereto |
| 69. | 2735 | 10/15/2003 | Notice of Withdrawal of Debtors' Memorandum in Opposition to EnerSys' Cross-Motion to Preclude the Trial Testimony of Messrs. Muhlhauser and Kupinsky and Exhibits Thereto |
| 70. | 2752 | 10/17/2003 | Debtors' Motion for Leave to File a Corrected Set of Exhibits in Support of Their 9/15/03 Motion for a Protective Order |
| 71. | 2768 | 10/20/2003 | Motion of EnerSys, Inc. for Authority to File Under Seal Its Expert Reports in the Rejection Proceedings |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 72. | 2836 | 10/20/2003 | Debtors' Motion for Authority to File Under Seal the Expert Report of Scott D. Phillips in Connection with the EnerSys, Inc. Rejection Proceedings |
| 73. | 2837 | 10/20/2003 | Debtors' Notice of Potential Rebuttal Expert [Dr. Erich Joachimsthaler] |
| 74. | 2958 | 10/28/2003 | Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider its Emergency Motion for the Entry of an Order Entry Granting Motion to Preclude the Rebuttal Testimony of Debtors' Expert |
| 75. | 2959 | 10/28/2003 | EnerSys' Objection to Debtors' Notice of Potential Rebuttal Expert and Emergency Motion to Preclude the Rebuttal Testimony of Debtors' Expert |
| 76. | 3022 | 11/04/2003 | Uncontested Motion of EnerSys, Inc. for Leave to File its Reply Brief |
| 77. | 3023 | 11/04/2003 | FILED UNDER SEAL: EnerSys' Inc.'s Reply Brief in Support of its Cross Motion to Preclude the Trial Testimony of Craig H. Muhlhauser and Attorney Stuart Kupinsky |
| 78. | 3086 | 11/12/2003 | Motion of EnerSys Inc for Authority to File Under Seal its Memorandum of Law in Support of Motion to Preclude Debtors' use of the Report or Testimony of Scott D. Phillips |
| 79. | 3087 | 11/12/2003 | EnerSys' Motion to Preclude the Debtors' Use of the Report or Testimony of Scott D. Phillips |
| 80. | 3088 | 11/12/2003 | Memorandum of EnerSys, Inc. in Support of Motion to Preclude the Debtors Use of the Report or Testimony of Scott D. Phillips |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 81. | 3093 | 11/12/2003 | Debtors' Motion to Exclude EnerSys' Trademark Survey and All Testimony or Opinions Based on or Related to it |
| 82. | 3139 | 11/17/2003 | Notice of Filing of Corrected Exhibit in Connection with Debtors' Memorandum in Support of Their Motion to Exclude EnerSys' Trademark Survey and all Testimony or Opinions Based on or Related to it |
| 83. | 3156 | 11/18/2003 | Memorandum of EnerSys, Inc. in Opposition to Debtors' Motion to Exclude EnerSys' Trademark Survey and All Testimony or Opinions Based on or Related to it |
| 84. | 3158 | 11/18/2003 | Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider its Emergency Motion to Strike |
| 85. | 3160 | 11/18/2003 | Emergency Motion for Sanctions and to Strike |
| 86. | 3161 | 11/18/2003 | Memorandum of Law of EnerSys, Inc. in Support of Emergency Motion for Sanctions and to Strike |
| 87. | 3162 | 11/18/2003 | Memorandum of Law of Debtors in Opposition to Motion of EnerSys, Inc. to Preclude the Debtors' Use of the Report or Testimony of Scott D. Phillips |
| 88. | 3191 | 11/20/2003 | Order Denying the Debtor's Motion for Summary Judgment that the Trademark License is Executory |
| 89. |  | 11/20/2003 | Transcript of Hearing held on 11/20/03 |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 90. | 3213 | 11/21/2003 | Order Granting Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider Its Emergency Motion for the Entry of an Order Entry Granting Motion to Preclude the Rebuttal Testimony of Debtors' Expert |
| 91. | 3214 | 11/21/2003 | Order Granting Motion of EnerSys, Inc. for Authority to File Certain Documents Under Seal-- Memorandum of Law in Support of Motion to Preclude Debtors' Use of the Report or Testimony of Scott D. Phillips Expert Reports and Exhibits Thereto |
| 92. | 3215 | 11/21/2003 | Order Granting Motion of EnerSys, Inc. for Leave to File Reply Brief in Support of Its Cross Motion to Preclude the Trial Testimony of Craig H. Muhlhauser and Attorney Stuart Kupinsky |
| 93. | 3219 | 11/21/2003 | Order Granting Motion of EnerSys, Inc. for Authority to File Certain Documents Under Seal – Expert Reports |
| 94. | 3221 | 11/21/2003 | Order to File Under Seal the Expert Report of Scott D. Phillips in Connection with the EnerSys, Inc. Rejection Proceedings |
| 95. | 3222 | 11/21/2003 | Order on Debtor's Motion for Leave to File Debtors' Reply Memorandum in Support of Their Motion for a Protective Order |
| 96. | 3223 | 11/21/2003 | Order on Debtors' Motion for Authority to File Under Seal Debtors' Memorandum in Opposition to EnerSys' Cross-Motion to Preclude the Trial Testimony of Messrs. Muhlhauser and Kupinsky and Exhibits Thereto |
| 97. | 3258 | 11/21/2003 | Order Approving Debtors' Motion for Leave to File a Corrected Set of Exhibits in Support of Their 9/15/03 Motion for a Protective Order |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/Entry Date | Document Name |
|---|---|---|---|
| 98. | 3200 | 11/24/2003 | Debtors' Amended Memorandum in Opposition to Motion of EnerSys, Inc. to Preclude the Debtors' Use of the Report or Testimony of Scott D. Phillips Regarding Docket No. 3162 |
| 99. | 3201 | 11/24/2003 | Blackline Debtors Memorandum in Opposition to Motion of EnerSys, Inc. to Preclude the Debtors' Use of the Report or Testimony of Scott D. Phillips Regarding Docket no. 3162 |
| 100. | 3203 | 11/24/2003 | Certification of Counsel Re: Proposed Third Amended Scheduling Order |
| 101. | 3287 | 12/05/2003 | Application to Employ Erich Joachimsthaler, Ph.D. from Vivaldipartners as Expert in Connection with the EnerSys Litigation Nunc Pro Tunc to September 5, 2003 |
| 102. | 3289 | 12/05/2003 | Application to Employ Scott D. Phillips from Intecap, Inc. as an Expert in connection with the EnerSys Litigation Nunc Pro Tunc to August 2, 2003 |
| 103. | 3309 | 12/10/2003 | Application to Employ (Walter McCullough From Monroe Mendelsohn Research, Inc. As An Expert In Connection With The EnerSys Litigation Nunc Pro Tunc to November 7, 2003) |
| 104. | 3323 | 12/11/2003 | Order Approving Motion of Debtors to Shorten Time With Respect to Application to Retain Erich Joachimsthaler, Ph.D. from Vivaldipartners as an Expert in Connection with the EnerSys Litigation Nunc Pro Tunc to September 5, 2003 |
| 105. | 3324 | 12/11/2003 | Order Approving Motion of Debtors to Shorten Time With Respect to Application to Retain Scott D. Phillips from Intecap, Inc. as an Expert in Connection with the EnerSys Litigation Nunc Pro Tunc to August 2, 2003 |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 106. | 3328 | 12/15/2003 | Certificate of No Objection re Debtors' Application to Retain Erich Joachimsthaler, Ph.D. from VivaldiPartners as an Expert in Connection with the EnerSys Litigation Nunc Pro Tunc to September 5, 2003 |
| 107. | 3329 | 12/15/2003 | Certificate of No Objection re Debtors' Application to Retain Scott D. Phillips from Intecap, Inc. as an Expert in Connection with the EnerSys Litigation Nunc Pro Tunc to August 2, 2003 |
| 108. | 3397 | 12/17/2003 | Order Granting Motion of Debtors to Shorten Time with Respect to Application to Retain Walter McCullough, Ph.D. from Monroe Mendelsohn Research, Inc. as an Expert in Connection with the EnerSys Litigation Nunc Pro Tunc to November 7, 2003 |
| 109. |  | 12/18/2003 | Transcript of Hearing held on 12/18/03 |
| 110. | 3413 | 12/23/2003 | Order Regarding Docket Numbers 2371, 2470, 2959, 3087, 3093 and 3160 |
| 111. | 3404 | 12/31/2003 | Order Granting Motion of Debtors to Shorten Time with Respect to Application to Retain Walter McCullough as an Expert in Connection with the EnerSys Litigation |
| 112. | 3430 | 01/06/2004 | Scheduling Order (Third Amended) on the Objection of EnerSys, Inc. to the Debtors' Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Trade Name License Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 113. |  | 01/09/2004 | EnerSys' Initial Designations of Deposition Testimony to be Offered into Evidence at Trial |
| 114. | 3449 | 01/12/2004 | Certification of Counsel Regarding Application to Employ Scott D. Phillips from Intecap, Inc. as an Expert in connection with the EnerSys Litigation Nunc Pro Tunc to August 2, 2003 |
| 115. |  | 01/13/2004 | Supplemental Objections and Responses to EnerSys' Interrogatory No. 11 of EnerSys' First Set of Interrogatories |
| 116. |  | 01/14/2004 | Transcript of Hearing held on 1/14/04 |
| 117. | 3460 | 01/14/2004 | Notice of Filing Under Seal EnerSys, Inc.'s Trial Brief in Support of Denial of Rejection of Agreements |
| 118. | 3461 | 01/14/2004 | Debtors' Pre-Rejection Hearing Brief |
| 119. | 3462 | 01/14/2004 | FILED UNDER SEAL: Debtors' Pre-Rejection Hearing Brief |
| 120. | 3479 | 01/14/2004 | Order Granting Application to Retain Scott D. Phillips From Intecap, Inc., as an Expert in Connection with the EnerSys Litigation Nunc Pro Tunc to August 2, 2003 |
| 121. | 3466 | 01/15/2004 | Notice of Filing of Corrected Exhibit 2 in Connected with Debtors' Pre-Rejection Hearing Brief |
| 122. |  | 01/16/2004 | EnerSys' Counter Designations of Deposition Testimony to be Offered into Evidence at Trial |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 123. | 3485 | 01/16/2004 | Debtors' Motion In Limine to Preclude EnerSys' Designation and Substantive Use of Deposition Testimony of Its Own Witnesses Who Will Testify at the Rejection Hearing, in Violation of Fed.R.Civ.P.32 |
| 124. | 3486 | 01/16/2004 | Debtors' Motion In Limine to Preclude Evidence or Argument Regarding the Alleged Harm to EnerSys that May Result from Rejection |
| 125. | 3487 | 01/16/2004 | Motion In Limine of EnerSys Regarding the Admissibility of Certain Withheld Documents at Trial |
| 126. | 3488 | 01/16/2004 | Memorandum of EnerSys, Inc. in Support of its Motion In Limine Regarding the Admissibility of Certain Withheld Documents at Trial |
| 127. | 3489 | 01/16/2004 | Motion In Limine of EnerSys Regarding Scott Phillips |
| 128. | 3490 | 01/16/2004 | Memorandum of EnerSys, Inc. in Support of its Motion In Limine Regarding Scott Phillips |
| 129. | 3491 | 01/16/2004 | Motion In Limine of EnerSys Regarding Walter P. McCullough |
| 130. | 3492 | 01/16/2004 | Memorandum of EnerSys, Inc. in Support of its Motion In Limine Regarding Walter P. McCullough |
| 131. | 3493 | 01/16/2004 | Motion In Limine of EnerSys Regarding (1) Precluding Debtors from Calling any Witnesses other than Those Identified By Debtors in Their Prior Interrogatory Answer, and (2) Precluding Debtors from Denying that Exide Treated the 1991 Transaction (including the Trademark Agreement) as a Sale for Income Tax Purposes |

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 132. | 3494 | 01/16/2004 | Memorandum of EnerSys, Inc. in Support of its Motion In Limine Regarding (1) Precluding Debtors from Calling any Witnesses other than Those Identified by Debtors in Their Prior Interrogatory Answer, and (2) Precluding Debtors from Denying that Exide Treated the 1991 Transaction (including the Trademark Agreement) as a Sale for Income Tax Purposes |
| 133. | | 01/16/2004 | Corrected Supplemental Objections and Responses to EnerSys' Interrogatory No. 11 of EnerSys' First Set of Interrogatories Addressed to Debtors |
| 134. | 3496 | 01/20/2004 | Certification of Counsel Application to Employ (Walter McCullough from Monroe Mendelsohn Research, Inc. as an Expert in Connection with the EnerSys Litigation Nunc Pro Tunc to November 7, 2003) Walter McCullough, Ph.D. as Survey Researcher |
| 135. | 3498 | 01/20/2004 | Notice of Filing of Exhibit 3 to Debtors' Motion In Limine to Preclude EnerSys' Designation and Substantive Use of Deposition Testimony of Its Own Witnesses Who Will Testify at the Rejection Hearing, in Violation of Fed.R.Civ.P.32 |
| 136. | 3503 | 01/22/2004 | EnerSys, Inc.'s Motion for Leave to Exceed Ten Page Limitation on its Emergency Motion In Limine |
| 137. | | 01/22/2004 | Transcript of Hearing held on 1/22/04 |
| 138. | 3504 | 01/22/2004 | Emergency Motion In Limine of EnerSys to Exclude Evidence of Conduct or Communications that Postdate the Discovery Deadline, Including the January 9, 2004 Meeting |

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 139. | 3505 | 01/22/2004 | FILED UNDER SEAL: Memorandum of EnerSys Inc. in Support of its Emergency Motion In Limine to Exclude Evidence of Conduct or Communications that Postdate the Discovery Deadline, including Exide's January 9, 2004 Branding Meeting |
| 140. | 3506 | 01/22/2004 | Debtors' Motion for a Protective Order to Prevent the Production of Certain Extremely Confidential and Proprietary Documents |
| 141. | 3510 | 01/23/2004 | Preliminary Response to Emergency Motion In Limine of EnerSys to Exclude Evidence of Conduct or Communications that Postdate the Discovery Deadline, Including the January 9, 2004 Branding Meeting |
| 142. | 3518 | 01/23/2004 | EnerSys Inc.'s Objection to Debtors' Motion In Limine to Preclude EnerSys' Designation and Substantive Use of Deposition Testimony of its Own Witnesses Who Will Testify at the Rejection Hearing in Violation of Fed.R.Civ.P. 32 |
| 143. | 3519 | 01/23/2004 | EnerSys Inc.'s Objection to Debtors' Motion In Limine to Preclude Evidence or Argument Regarding the Alleged Harm to EnerSys that may Result from Rejection |
| 144. | 3520 | 01/23/2004 | Application to Retain Erich Joachimsthaler, Ph.D. From VivaldiPartners as a Branding Strategy Specialist Nunc Pro Tunc to January 9, 2004 |
| 145. | 3521 | 01/23/2004 | Objection to EnerSys' Motion In Limine Regarding (1) Witnesses and (2) Tax Treatment (related document(s)3493 ) |
| 146. |  | 01/23/2004 | Transcript of Telephone Conference held on 1/23/04 |

SL1 627026v1/008444.00325