| Tab No. | Docket No. | Filing/Entry Date | Document Name |
|---|---|---|---|
| 147. | 3522 | 01/23/2004 | Objection to Debtors' Memorandum in Opposition to Motion In Limine of EnerSys Regarding Scott Phillips |
| 148. | 3523 | 01/23/2004 | Debtors' Opposition to EnerSys' Motion In Limine Regarding Rebuttal Expert Walter P. McCullough |
| 149. | 3524 | 01/23/2004 | Debtors' Memorandum in Opposition to Motion In Limine of EnerSys Regarding Admissibility of Certain Withheld Documents at Trial |
| 150. | 3539 | 01/26/2004 | Order Granting In Part Debtors' Motion for a Protective Order to Prevent the Production of Certain Extremely Confidential and Proprietary Documents |
| 151. | 3553 | 01/26/2004 | Order Granting Application to Retain Walter McCullough From Monroe Mendelsohn Research, Inc. as an Expert in Connection With the EnerSys Litigation Nunc Pro Tunc to November 7, 2003 |
| 152. | 3534 | 01/27/2004 | Notice of Amended Certificate of Service |
| 153. | 3536 | 01/27/2004 | Debtors' Opposition to EnerSys' Emergency Motion In Limine to Exclude Evidence of Conduct or Communications that Postdate the Discovery Deadline, Including Exide's January 9, 2004 Branding Meeting (Docket Nos. 3504, 3505 & 3510) |
| 154. |  | 01/28/2004 | Transcript of Hearing held on 1/28/04 |
| 155. | 3567 | 02/03/2004 | Debtors' Motion for an Order Authorizing Rejection of the Four Agreements that EnerSys Continues to Oppose or, in the alternative, for Reconsideration of the Court's Integration Ruling |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 156. | 3568 | 02/03/2004 | Debtors' Brief in Support of Their Motion for an Order Authorizing Rejection of the Four Agreements that EnerSys Continues to Oppose or, in the alternative, for Reconsideration of the Court's Integration Ruling |
| 157. | 3587 | 02/09/2004 | Proposed Order Re: Order Rejecting Administrative Services Agreement Between Exide Corporation and Yuasa-Exide, Inc. Dated April 1, 1992 and Miscellaneous Services Agreement Between Exide Corporation and Yuasa-Exide, Inc. Dated April 1, 1992 |
| 158. | 3590 | 02/09/2004 | Order Granting Application to Retain Walter McCullough From Monroe Mendelsohn Research, Inc. as an Expert in Connection With the EnerSys Litigation Nunc Pro Tunc to November 7, 2003 |
| 159. | 3591 | 02/09/2004 | Order Rejecting Administrative Services Agreement Between Exide Corporation and Yuasa-Exide, Inc. Dated April 1, 1992 and Miscellaneous Services Agreement Between Exide Corporation and Yuasa-Exide, Inc. Dated April 1, 1992 |
| 160. | 3593 | 02/10/2004 | EnerSys' Objection to Debtors' Motion for an Order Authorizing Rejection of the Four Agreements that EnerSys Continues to Oppose or, in the Alternative, for Reconsideration of the Court's Integration Ruling |
| 161. | 3594 | 02/10/2004 | Debtors' Motion for Leave to Have Rebuttal Survey Expert McCullough Supplement his Opinions in Light of EnerSys' Production of Preexisting Documents After his Deposition |

21

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 162. | 3595 | 02/10/2004 | Debtors' Brief in Support of Their Motion for Leave to Have Rebuttal Survey Expert McCullough Supplement his Opinions in Light of EnerSys' Production of Preexisting Documents After his Deposition |
| 163. | 3604 | 02/11/2004 | Court's Letter Ruling dated 2/11/04 regarding in Camera Examination of Documents |
| 164. | 3608 | 02/12/2004 | Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider its Emergency Motion to Clarify Procedures for Sealing of the Courtroom and "Confidential-Counsel Only" Designations of Documents |
| 165. | 3609 | 02/12/2004 | Emergency Motion of EnerSys Inc. to Clarify Procedures for Sealing of the Courtroom and "Confidential Counsel Only" Designations of Documents and Testimony |
| 166. | 3611 | 02/12/2004 | Memorandum of EnerSys Inc. in Support of its Emergency Motion of EnerSys Inc. to Clarify Procedures for Sealing of the Courtroom and "Confidential Counsel Only" Designations of Documents and Testimony |
| 167. | 3615 | 02/13/2004 | Memorandum of EnerSys, Inc. in Opposition to Debtors' Motion for Leave to Have Rebuttal Survey Expert McCullough Supplement His Opinions |
| 168. | 3617 | 02/17/2004 | Debtors' Notice of Filing of Proposed McCullough Supplemental Report |
| 169. |  | 02/17/2004 | Transcript of Telephone Conference held on 2/17/04 |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 170. | 3623 | 02/18/2004 | Certification of Counsel Re: [Proposed] Order on Debtors' Motion for Leave to Have Rebuttal Survey Expert McCullough Supplement His Opinions in Light of EnerSys' Production of Pre-Existing Documents After His Deposition |
| 171. | 3660 | 02/18/2004 | Order Granting Motion For Leave to Have Rebuttal Survey Expert McCullough Supplement His Opinions in Light of EnerSys' Production of Preexisting Documents After His Deposition |
| 172. | 3658 | 02/20/2004 | Debtors' Opposition to EnerSys' Emergency Motion to Clarify Procedures for Sealing of the Courtroom and "Confidential-Counsel Only" Designations of Documents and Testimony |
| 173. | 3663 | 02/20/2004 | Certificate of No Objection re Application to Retain Erich Joachimsthaler, Ph.D. from VivaldiPartners as a Branding Strategy Specialist Nunc Pro Tunc to January 9, 2004 |
| 174. | 3679 | 02/24/2004 | Reply Memorandum in Support of Emergency Motion of EnerSys Inc. to Clarify Procedures for Sealing of the Courtroom and "Confidential - Counsel Only" Designations of Documents and Testimony |
| 175. | 3680 | 02/24/2004 | FILED UNDER SEAL: Appendix of Exhibits to Reply Memorandum in Support of Emergency Motion of EnerSys Inc. to Clarify Procedures for Sealing of the Courtroom and "Confidential - Counsel Only" Designations of Documents and Testimony |
| 176. | 3703 | 02/25/2004 | Order Granting Application to Retain Erich Joachimsthaler, Ph.D. from VivaldiPartners as Branding Strategy Specialist Nunc Pro Tunc to January 9, 2004 |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/Entry Date | Document Name |
|---|---|---|---|
| 177. | 3695 | 02/26/2004 | Certification of Counsel Filed by EnerSys, Inc. |
| 178. |  | 02/26/2004 | Transcript of Hearing held on 2/26/04 |
| 179. |  | 02/27/2004 | EnerSys' Supplemental Designations of Deposition Testimony to be Offered into Evidence at Trial |
| 180. | 3705 | 02/27/2004 | Emergency Motion In Limine of EnerSys to Exclude Evidence of Exide's January 9, 2004 Branding Meeting |
| 181. | 3706 | 02/27/2004 | FILED UNDER SEAL: Memorandum of EnerSys' Inc in Support of its Emergency Motion In Limine to Exclude Evidence of Exide's January 9, 2004 Branding Meeting |
| 182. | 3714 | 02/27/2004 | Chapter 11 Plan of Reorganization /Joint Plan of Reorganization of the Official Committee of Unsecured Creditors and the Debtors |
| 183. | 3727 | 02/27/2004 | Order Granting in Part and Denying in Part Debtor's Motion In Limine to Preclude Evidence or Argument Regarding the Alleged Harm to EnerSys that may Result from Rejection |
| 184. | 3728 | 02/27/2004 | Order Granting Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider Its Emergency Motion to Clarify Procedures for Sealing of the Courtroom and "Confidential-Counsel Only" Designations of Documents |
| 185. | 3729 | 02/27/2004 | Order Denying Debtors' Motion for an Order Authorizing Rejection of the Four Agreements that EnerSys Continues to Oppose or, in the Alternative, for Reconsideration of the Court's Integration Ruling |

24

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 186. | 3722 | 03/01/2004 | Certification of Counsel |
| 187. | 3723 | 03/01/2004 | Debtors' Opposition to EnerSys' Third Emergency Motion to Exclude Evidence of Exide's January 9, 2004 Branding Meeting |
| 188. | 3726 | 03/01/2004 | Certification of Counsel Re: Order on Motions in Limine |
| 189. | 3765 | 03/03/2004 | Debtors' Bench Memorandum Regarding Exide's and EnerSys' Respective Obligations Under the Trademark and Trade Name License Agreement Concerning Quality Control w/Exhibits |
| 190. | 3776 | 03/03/2004 | Order Regarding Various Motions of the Debtors and EnerSys |
| 191. | 3848 | 03/09/2004 | Submission of EnerSys, Inc. in Support of Admissibility of Parol Evidence of Intent of Parties to Effect Sale of Marks |
| 192. | 3875 | 03/11/2004 | EnerSys' Submission Concerning the Admissibility of Parol Evidence of Debtors |
| 193. | 3914 | 03/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/3/04 |
| 194. | 3916 | 03/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/5/04 |
| 195. | 3917 | 03/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/4/04 |
| 196. | 3919 | 03/15/2004 | Disclosure Statement for Joint Plan of Reorganization of the Official Committee of Unsecured Creditors and the Debtors |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/Entry Date | Document Name |
|---|---|---|---|
| 197. | | 03/17/2004 | Transcript of Hearing Held on 3/17/04 |
| 198. | 3982 | 03/22/2004 | Order Granting Motion of EnerSys, Inc. for an Order Expediting Time for the Hearing to Consider Its Emergency Motion to Clarify Procedures for Sealing of the Courtroom and "Confidential-Counsel Only" Designations of Documents |
| 199. | 3983 | 03/22/2004 | Order Denying Debtors' Motion for an Order Authorizing Rejection of the Four Agreements that EnerSys Continues to Oppose or, In the Alternative, for Reconsideration of the Court's Integration Ruling |
| 200. | 4001 | 03/23/2004 | Transcript of Hearing Held on 3/11/04 |
| 201. | 4002 | 03/23/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/12/04 |
| 202. | | 03/25/2004 | Transcript of Hearing Held on 3/25/04 |
| 203. | | 03/26/2004 | Transcript of Hearing Held on 3/26/04 |
| 204. | 4045 | 03/30/2004 | Transcript of Hearing Held on 3/15/04 |
| 205. | | 03/31/2004 | Transcript of Hearing Held on 3/31/04 |
| 206. | 4071 | 04/06/2004 | FILED UNDER SEAL: Affidavit of Brian Blonder in Response to Previously Undisclosed Opinion Testimony of Mr. Scott Phillips |

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 207. | 4145 | 04/09/2004 | Objection of EnerSys, Inc. to Confirmation of Joint Plan of Reorganization of the Official Committee of Unsecured Creditors and the Debtors |
| 208. | 4221 | 04/13/2004 | FILED UNDER SEAL: Debtors' Post-Trial Brief |
| 209. | 4222 | 04/13/2004 | Notice of Filing Under Seal EnerSys Inc.'s Post-Trial Brief in Support of Denial of Rejection of Agreements |
| 210. | | 04/13/2004 | Trademark and Trade Name License Agreement dated 06/10/91 Bates numbered ENER-1-4144-4158 (EnerSys Trial Exh. 1) |
| 211. | | 04/13/2004 | Administrative Services Agreement dated 06/10/91 (EnerSys Trial Exh. 2) |
| 212. | | 04/13/2004 | Asset Purchase Agreement dated 06/10/91 Bates numbered ENER-1-3752-3821 (EnerSys Trial Exh. 3) |
| 213. | | 04/13/2004 | Miscellaneous Services Agreement dated 04/01/92 from Exide Dep. Exh. 22 (EnerSys Trial Exh. 4) |
| 214. | | 04/13/2004 | Administrative Services Agreement dated 04/01/92 from Exide Dep. Exh. 21 (EnerSys Trial Exh. 5) |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 215. | | 04/13/2004 | Letter Agreement from E. Choquette to B. Stewart dated 12/27/94 (EnerSys Trial Exh. 6) |
| 216. | | 04/13/2004 | Expert Report of Brian Blonder w/ attachments dated 10/20/03 (EnerSys Trial Exh. 7) |
| 217. | | 04/13/2004 | Expert Report of Dr. Keegan w/ attachments dated 10/20/03 (EnerSys Trial Exh. 8) |
| 218. | | 04/13/2004 | Exide News Release re: DETA / TUDOR dated 08/12/03 (EnerSys Trial Exh. 9) |
| 219. | | 04/13/2004 | Debtors Supplemental Objections and Responses to First Set of Interrogatories dated 06/24/03 (EnerSys Trial Exh. 10) |
| 220. | | 04/13/2004 | Exide business card from Webb Dep. Exh. 1 (EnerSys Trial Exh. 11) |
| 221. | | 04/13/2004 | Exide announcement dated 07/00/03 from Webb Dep. Exh. 2 (EnerSys Trial Exh. 12) |
| 222. | | 04/13/2004 | GNB advertisement dated 12/00/01 from Webb Dep. Exh. 3 (EnerSys Trial Exh. 13) |
| 223. | | 04/13/2004 | GNB advertisement from Webb Dep. Exh. 4 (EnerSys Trial Exh. 14) |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/Entry Date | Document Name |
|---|---|---|---|
| 224. | | 04/13/2004 | GNB advertisement from Webb Dep. Exh. 5 (EnerSys Trial Exh. 15) |
| 225. | | 04/13/2004 | Champion advertisement from Webb Dep. Exh. 6 (EnerSys Trial Exh. 16) |
| 226. | | 04/13/2004 | Excerpt of Exide's Privilege Log from Bright Dep. Exh. 4 (EnerSys Trial Exh. 22) |
| 227. | | 04/13/2004 | Major conclusions from Nordic Brand Work document from Bright Dep. Exh. 9 (EnerSys Trial Exh. 27) |
| 228. | | 04/13/2004 | Brand Strategy presentation from Bright Dep. Exh. 10 (EnerSys Trial Exh. 28) |
| 229. | | 04/13/2004 | Corporate Name Strategy document from Bright Dep. Exh. 11 (EnerSys Trial Exh. 29) |
| 230. | | 04/13/2004 | Brand Strategy Case Study from Bright Dep. Exh. 14 (EnerSys Trial Exh. 32) |
| 231. | | 04/13/2004 | GNB Memo to Team Members from Keith Schmid dated 08/08/03 from Bright Dep. Exh. 15 (EnerSys Trial Exh. 33) |
| 232. | | 04/13/2004 | Exide website page re: DETA/TUDOR FF line from Bright Dep. Exh. 19 (EnerSys Trial Exh. 36) |
| 233. | | 04/13/2004 | Exide/GNB business cards from Bright Dep. Exh. 20 (EnerSys Trial Exh. 37) |

SL1 627026v1/008444.00325