| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 234. | | 04/13/2004 | Exide press release re: Exide's tubular-plate technology from Bright Dep. Exh. 21 (EnerSys Trial Exh. 38) |
| 235. | | 04/13/2004 | Exide Form 10K dated 03/31/03 from Bregman Dep. Exh. 1 (EnerSys Trial Exh. 39) |
| 236. | | 04/13/2004 | Corporate Name Strategy document from Bregman Dep. Exh. 6 (EnerSys Trial Exh. 42) |
| 237. | | 04/13/2004 | Exide Technology Positioning Team document dated 09/15/00 from Bregman Dep. Exh. 12 (EnerSys Trial Exh. 48) |
| 238. | | 04/13/2004 | Ivarson Brand Vision website page from Bregman Dep. Exh. 29 (EnerSys Trial Exh. 65) |
| 239. | | 04/13/2004 | D-Center.com website page from Bregman Dep. Exh. 30 (EnerSys Trial Exh. 66) |
| 240. | | 04/13/2004 | Exide Privilege Log from Donahue Dep. Exh. 1 (EnerSys Trial Exh. 67) |
| 241. | | 04/13/2004 | Debtors' Objections and Responses to First Set of Interrogatories dated 05/29/03 from Donahue Dep. Exh. 5 (EnerSys Trial Exh. 71) |
| 242. | | 04/13/2004 | EnerSys' Second Notice of Oral Deposition dated 06/16/03 from Donahue Dep. Exh. 6 (EnerSys Trial Exh. 72) |

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 243. | | 04/13/2004 | Debtors' Objections and Responses to First Request for Production of Documents dated 05/29/03 from Donahue Dep. Exh. 7 (EnerSys Trial Exh. 73) |
| 244. | | 04/13/2004 | Debtors' Second Supplemental Objections and Responses to First Set of Interrogatories dated 07/29/03 from Donahue Dep. Exh. 8 (EnerSys Trial Exh. 74) |
| 245. | | 04/13/2004 | Debtors' Supplemental Objections and Responses to Amended Interrogatory 24 and Amended Document Request 48 dated 08/01/03 from Muhlhauser Dep. Exh. 5 (EnerSys Trial Exh. 79) |
| 246. | | 04/13/2004 | Debtors' Supplemental Response to Interrogatory No. 1 dated 08/21/03 from Muhlhauser Dep. Exh. 6 (EnerSys Trial Exh. 80) |
| 247. | | 04/13/2004 | MHEDA Member Estimated Sales for 2003 w/attachments Bates numbered Keegan-220-222 (EnerSys Trial Exh. 84) |
| 248. | | 04/13/2004 | Resumes of D. Bluestein and S. Mann Bates numbered Keegan-223-225 (EnerSys Trial Exh. 85) |
| 249. | | 04/13/2004 | Dealer Listing Bates numbered Keegan-226-233 (EnerSys Trial Exh. 86) |
| 250. | | 04/13/2004 | MHEDA Listing from Keegan Dep. Exh. 2 (EnerSys Trial Exh. 87) |

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 251. | | 04/13/2004 | Letter from J. Buchanan to N. Webb dated 04/02/98 from Blonder Dep. Exh. 6 (EnerSys Trial Exh. 88) |
| 252. | | 04/13/2004 | Marketing Expenses Related to Exide with attachments Bates numbered ENER-10-0001-0003 (EnerSys Trial Exh. 89) |
| 253. | | 04/13/2004 | Marketing Expenses Related to Exide with attachments Bates numbered ENER-10-0004-0008 (EnerSys Trial Exh. 90) |
| 254. | | 04/13/2004 | P&L Comparison 94-03 Lost Profits Calculation with attachments Bates numbered ENER-10-0013-0016 (EnerSys Trial Exh. 93) |
| 255. | | 04/13/2004 | Sales Forecasts 2002-2004 Bates numbered ENER-10-0017-0022 (EnerSys Trial Exh. 94) |
| 256. | | 04/13/2004 | Letter from R. Furey to J. Craig dated 05/07/03 (EnerSys Trial Exh. 95) |
| 257. | | 04/13/2004 | Letter from T. Bell to R. Furey dated 05/14/03 (EnerSys Trial Exh. 96) |
| 258. | | 04/13/2004 | Champion and NASCAR License Agreement documents from Phillips Dep. Exh. 4 (EnerSys Trial Exh. 97) |

| Tab No. | Docket No. | Filing/Entry Date | Document Name |
|---|---|---|---|
| 259. | | 04/13/2004 | North American Indust. Battery Forecast Report dated 05/18/03 Bates numbered ENER-5-41-56 (EnerSys Trial Exh. 108) |
| 260. | | 04/13/2004 | U.S. Indust. Battery Forecast Report dated 04/14/02 Bates numbered ENER-5-57-73 (EnerSys Trial Exh. 109) |
| 261. | | 04/13/2004 | U.S. Indust. Battery Forecast Report dated 05/06/01 Bates numbered ENER-5-74-80; ENER-4-14224 (EnerSys Trial Exh. 110) |
| 262. | | 04/13/2004 | European Battery Forecast Report dated 05/09/01 Bates numbered ENER-5-81-91 (EnerSys Trial Exh. 111) |
| 263. | | 04/13/2004 | U.S. Indust. Battery Forecast Report Slides dated 05/06/01 Bates numbered ENER-5-92-142 (EnerSys Trial Exh. 112) |
| 264. | | 04/13/2004 | P&L 1994-Present Bates numbered ENER-5-547-584 (EnerSys Trial Exh. 133) |
| 265. | | 04/13/2004 | Marketing Expenses Related to Exide Bates numbered ENER-5-585-586 (EnerSys Trial Exh. 134) |
| 266. | | 04/13/2004 | Financial Data: Top Customers 1997-2003 Bates numbered ENER-5-587-607 (EnerSys Trial Exh. 135) |

33

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 267. | | 04/13/2004 | Letter from Reese to Webb re: Brand Name dated 04/02/88 Bates numbered ENER-5-871-872 (EnerSys Trial Exh. 147) |
| 268. | | 04/13/2004 | GSE 2003 Exhibitor List dated 2003 Bates numbered ENER-5-891 (EnerSys Trial Exh. 149) |
| 269. | | 04/13/2004 | Exide website data Bates numbered ENER-5-893-900 (EnerSys Trial Exh. 150) |
| 270. | | 04/13/2004 | Press Releases/News Articles Bates numbered ENER-5-902-952 (EnerSys Trial Exh. 151) |
| 271. | | 04/13/2004 | Marketing Presentations Bates numbered ENER-5-973-1008 (EnerSys Trial Exh. 153) |
| 272. | | 04/13/2004 | Asset Acquisition Statement for Yuasa-Exide dated 1992 Bates numbered ENER-5-1060-1087 (EnerSys Trial Exh. 155) |
| 273. | | 04/13/2004 | Yuasa-Exide Corporate Income Tax Return dated 1990 Bates numbered ENER-5-1088-1153 (EnerSys Trial Exh. 156) |
| 274. | | 04/13/2004 | Yuasa-Exide Corporate Income Tax Return dated 1991 Bates numbered ENER-5-1154-1188 (EnerSys Trial Exh. 157) |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 275. | | 04/13/2004 | Exide Privilege Log and Supplements (EnerSys Trial Exh. 177) |
| 276. | | 04/13/2004 | Lost Profits Calculation Bates numbered ENER-10-0023 (EnerSys Trial Exh. 178) |
| 277. | | 04/13/2004 | Survey Validation and Questionnaires Bates numbered KEEGAN-234-283 (EnerSys Trial Exh. 182) |
| 278. | | 04/13/2004 | Survey Response Rates Bates numbered KEEGAN-284 (EnerSys Trial Exh. 183) |
| 279. | | 04/13/2004 | Exide Technologies Board of Directors Meeting Minutes dated 3/19/03 Bates numbered E3-10150-10162 (EnerSys Trial Exh. 188) |
| 280. | | 04/13/2004 | PR Newswire re: Exide acquisition of GNB dated 5/10/00 from Blonder Report (EnerSys Trial Exh. 197) |
| 281. | | 04/13/2004 | PR Newswire re: Exide acquisition of GNB dated 9/29/00 from Blonder Report (EnerSys Trial Exh. 200) |
| 282. | | 04/13/2004 | PR Newswire re: NASCAR License dated 10/31/01 from Blonder Report (EnerSys Trial Exh. 204) |

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 283. | | 04/13/2004 | PR Newswire re: Exide sells stake in Yuasa dated 11/10/00 from Blonder Report (EnerSys Trial Exh. 207) |
| 284. | | 04/13/2004 | PR Newswire re: Motive power product line dated 12/20/01 from Blonder Report (EnerSys Trial Exh. 208) |
| 285. | | 04/13/2004 | Letter of Intent between Yuasa and Exide Corp. dated 3/26/91 (EnerSys Trial Exh. 209) |
| 286. | | 04/13/2004 | Letter from Furey to Deshpande re: obligations dated 5/7/03 (EnerSys Trial Exh. 216) |
| 287. | | 04/13/2004 | Letter from Meyer to Furey re: Deshpande's obligations dated 5/14/03 (EnerSys Trial Exh. 217) |
| 288. | | 04/13/2004 | Proposal for Purchase of Control of Exide Corp. by Yuasa dated 2/26/91 Bates numbered E1-01081-1117 (EnerSys Trial Exh. 218) |
| 289. | | 04/13/2004 | Proposed Transaction Outline Bates numbered E1-14011-14014 (EnerSys Trial Exh. 219) |
| 290. | | 04/13/2004 | Letter from Yuasa to Hawkins re: proposed purchase dated 3/19/91 Bates numbered ENER-2-3160-3165 (EnerSys Trial Exh. 222) |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/Entry Date | Document Name |
|---|---|---|---|
| 291. | | 04/13/2004 | Letter from Buck to Canner re: proposed acquisition dated 5/3/91 Bates numbered ENER-2-1769-1779<br>(EnerSys Trial Exh. 223) |
| 292. | | 04/13/2004 | Fax from Scott to Fried attaching draft Agreement in Principle dated 3/25/91 Bates numbered ENER-3-1622-1631<br>(EnerSys Trial Exh. 224) |
| 293. | | 04/13/2004 | Exide Proposed Transaction Outline dated 3/2/91 Bates numbered ENER-4-12566-12569<br>(EnerSys Trial Exh. 225) |
| 294. | | 04/13/2004 | Memo from McCarthy to File re: Revised preliminary analysis of Purchase Agreement Bates numbered ENER-4-16063-16068<br>(EnerSys Trial Exh. 226) |
| 295. | | 04/13/2004 | Yuasa Exide Closing Binder – Volume 1 Bates numbered ENER-5-1622-1818<br>(EnerSys Trial Exh. 227) |
| 296. | | 04/13/2004 | Yuasa Exide Closing Binder – Volume 2 Bates numbered ENER-5-1819-1937<br>(EnerSys Trial Exh. 228) |
| 297. | | 04/13/2004 | Yuasa Exide Closing Binder – Volume 3 Bates numbered ENER-5-1938-2210<br>(EnerSys Trial Exh. 229) |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 298. | | 04/13/2004 | Yuasa Exide Closing Binder – Volume 4 Bates numbered ENER-5-2211-2380 (EnerSys Trial Exh. 230) |
| 299. | | 04/13/2004 | Yuasa Exide Closing Binder – Volume 5 Bates numbered ENER-5-2381-2551 (EnerSys Trial Exh. 231) |
| 300. | | 04/13/2004 | Exide.com website (EnerSys Trial Exh. 232) |
| 301. | | 04/13/2004 | GNB.com website (EnerSys Trial Exh. 233) |
| 302. | | 04/13/2004 | Project Bear Overview Bates numbered HILL-217-235 (EnerSys Trial Exh. 234) |
| 303. | | 04/13/2004 | Letter from Wagner to Yuasa re: transaction outline dated 3/6/91 Bates numbered HILL-239-251 (EnerSys Trial Exh. 235) |
| 304. | | 04/13/2004 | Proposed Transaction Outline Bates numbered HILL-252-256 (EnerSys Trial Exh. 236) |
| 305. | | 04/13/2004 | Memo from Fried to Ayres and Goff re: draft Letter of Intent dated 3/5/91 Bates numbered HILL-257-271 (EnerSys Trial Exh. 237) |

SL1 627026v1/008444.00325

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 306. | | 04/13/2004 | Exide Corp. 2001 Form 10K from Blonder Report (EnerSys Trial Exh. 238) |
| 307. | | 04/13/2004 | *Valuation of Intellectual Property and Intangible Assets,* Smith and Parr, 2000, from Blonder Report (EnerSys Trial Exh. 242) |
| 308. | | 04/13/2004 | *Valuing Intangible Assets,* Reilly and Schweighs, 1999, from Blonder Report (EnerSys Trial Exh. 243) |
| 309. | | 04/13/2004 | Exide Amended and Restated Bankruptcy Schedule G re: Executory Contracts and Unexpired Leases (EnerSys Trial Exh. 244) |
| 310. | | 04/13/2004 | 1991 Tax Returns and Supporting Schedules for E.C. Acquisition, Inc. Bates numbered E3-10662-10804 (EnerSys Trial Exh. 245) |
| 311. | | 04/13/2004 | 1991 Tax Returns and Supporting Schedules for Exide Corp. Bates numbered E3-11545-12018 (EnerSys Trial Exh. 246) |
| 312. | | 04/13/2004 | Demonstrative Exhibit (Analysis Slides) (EnerSys Trial Exh. 248) |
| 313. | | 04/13/2004 | Demonstrative Exhibit (Impact of Reversion) (EnerSys Trial Exh. 249) |

SL1 627026v1/008444.00325