IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| EXIDE TECHNOLOGIES, et al. | ) |
| | ) Case No. 02-11125(KJC) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related Docket No. 5385** |

## EXIDE TECHNOLOGIES' COUNTER DESIGNATION
## OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Reorganized Exide Technologies and its debtor affiliates (the "Appellee") hereby

counter designate the following items to be included in the record on appeal:

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 1 | 1693 | 3/31/2003 | Certificate of Service re Notice to Reject Asset Purchase Agreement Between Exide and YUASA Battery. |
| 2 | 1942 | 6/16/2003 | Affidavit re Service re Signed Stipulated Protective Order. |
| 3 | | 6/25/2003 | Objections and Answers to Debtors' First Set of Interrogatories Directed to EnerSys, Inc. |
| 4 | | 6/25/2003 | Objections and Responses to Debtor's First Request for Production of Documents Addressed to EnerSys, Inc. |
| 5 | | 6/27/2003 | EnerSys, Inc.'s Supplementary Objections and Answers to Debtors' First Set of Interrogatories Directed to EnerSys, Inc. |
| 6 | | 7/18/2003 | EnerSys's Amended Interrogatories to Exide per Court Order. |
| 7 | | 7/29/2003 | Debtors' Supplementary Objections and Responses to EnerSys's First Request for Production of Documents Addressed to Debtors. |
| 8 | | 7/29/2003 | Debtors' Second Supplementary Objections and Responses to First Set of Interrogatories of EnerSys, Inc. Addressed to Debtors. |

| Tab | Docket | Date | Description |
|---|---|---|---|
| 9 | | 8/4/2003 | Verification signed by Lisa Donahue Re Debtors' second Supplementary Objections and Responses. |
| 10 | | 8/29/2003 | Objections and Answers to Debtors' Second Set of Interrogatories Directed to EnerSys, Inc. |
| 11 | | 8/29/2003 | Objections and Answers to Debtors' Requests for Admission 1 - 16 to EnerSys, Inc. |
| 12 | | 8/29/2003 | Objections and Responses to Debtor's Second Request for Production of Documents. |
| 13 | 2271 | 8/29/2003 | All exhibits to Debtors' Memorandum in Support of Motion for Summary Judgment that the Trademark License is executory. |
| 14 | 2553 | 10/8/2003 | Affidavit re Service re Signed Second Amended Scheduling Order re EnerSys's Objection. |
| 15 | 2554 | 10/8/2003 | Affidavit re Service re Signed Protective Order. |
| 16 | 2752 | 10/17/2003 | Debtors' Motion for Leave to File a Corrected Set of Exhibits in Support of Their 9/15/03 Motion for a Protective Order; and all attached exhibits. |
| 17 | 3093 | 11/12/2003 | Debtors' Motion to Exclude EnerSys' Trademark Survey and All Testimony or Opinions Based On Or Related To It; Debtors' Memorandum In Support of Their Motion to Exclude EnerSys' Trademark Survey and All Testimony or Opinions Based On Or Related To It; [Proposed] Order Granting Debtors' Motion to Exclude EnerSys' Trademark Survey and All Testimony Or Opinions Based On Or Relating To It; and all attached exhibits. |
| 18 | 3162 | 11/18/2003 | All exhibits to Debtors' Memorandum in Opposition to EnerSys's Motion to Preclude the Debtors' Use of Report or Testimony of Scott D. Phillips. |
| 19 | 3229 | 11/25/2003 | Affidavit re Service re Signed Order to File Scott Phillips Expert Report Under Seal. |

| Tab | Docket | Date | Description |
|---|---|---|---|
| 20 | 3230 | 11/25/2003 | Affidavit re Service re Signed Order on Debtors' Motion for Leave to File Reply Memo in Support of Motion for Protective Order. |
| 21 | 3231 | 11/25/2003 | Affidavit re Service re Debtors' Motion for Authority to File Under Seal Opposition to EnerSys's Motion to Preclude Trial Testimony. |
| 22 | 3335 | 12/15/2003 | Proposed Order re Docket Nos. 2371, 2470, 3087, 3093, 3160, and 2959 filed by Exide Technologies. |
| 23 | 3418 | 1/6/2004 | Affidavit re Service re Signed Order Regarding Docket Numbers 2371, 2470, 2959, 3087, 3093, and 3160. |
| 24 | 3435 | 1/8/2004 | Affidavit re Service re Signed Scheduling Order (Third Amended). |
| 25 | | 1/9/2004 | Debtors' Case-in-Chief Deposition Designations. |
| 26 | 3461 | 1/14/2004 | All exhibits to Debtors' Pre-Rejection Hearing Brief. |
| 27 | 3484 | 1/16/2004 | Affidavit re Service re Signed Order Granting Application to Retain Scott D. Phillips as an Expert Witness. |
| 28 | | 1/16/2004 | Debtors' Counter-Designations and Objections To EnerSys' Deposition Designations; Certificate of Service Designations of Brian Blonder; Mitch Bregman; Neil Bright; John Craig; Lisa Donahue; Michael Ehlerman; Dr. Warren Keegan; Craig Muhlhauser; Arthur Newman; Scott Phillips; John Shea; Nate Webb; and Richard Zuidema. |
| 29 | | 1/19/2004 | Warren Keegan, Warren Keegan Associates, Inc. and EnerSys, Inc.'s Joint Responses and Objections to Subpoenas. |
| 30 | | 1/23/2004 | Debtors' Objections to EnerSys' Trial Exhibits. |
| 31 | 3524 | 1/23/2004 | All exhibits to Debtors' Memorandum in Opposition to Motion In Limine of EnerSys Regarding Admissibility of Certain Withheld Documents at Trial. |
| 32 | 3521 | 1/23/2004 | All exhibits to Debtors' Memorandum in Opposition to Motion In Limine Regarding Scott D. Phillips. |

3

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 33 | 3526 | 1/27/2004 | All exhibits and declarations to Debtors' Memorandum in Opposition to Motion In Limine To Exclude Evidence of Conduct or Communications That Postdate Discovery Deadline, Including Exide's January 9, 2004 Branding Meeting. |
| 34 | 3543 | 1/28/2004 | Affidavit re Service re Signed Order Granting in Part Debtors' Motion for a Protective Order for Certain Extremely Confidential and Proprietary Documents. |
| 35 | 3557 | 1/30/2004 | Affidavit re Service re Signed Order Granting in Part Debtors' Motion for a Protective Order for Certain Extremely Confidential and Proprietary Documents. |
| 36 | 3715 | 2/27/2004 | Disclosure Statement for Joint Plan of Reorganization of the Official Committee of Unsecured Creditors and the Debtors. |
| 37 | 3714 | 2/27/2004 | Joint Plan of Reorganization of The Official Committee of Unsecured Creditors and the Debtors. |
| 38 | 3715 | 2/27/2004 | Disclosure Statement for Joint Plan of Reorganization of the Official Committee of Unsecured Creditors and the Debtors. |
| 39 | 3723 | 3/1/2004 | All exhibits to Debtors' Opposition to EnerSys's Third Emergency Motion to Exclude Evidence of Exide's January 9, 2004 Branding Meeting. |
| 40 | 3753 | 3/2/2004 | Affidavit re Service re Signed Order Granting and Denying in Part Debtors' Motion in Limine to Preclude Evidence re Alleged Harm to EnerSys. |
| 41 | 3754 | 3/2/2004 | Affidavit re Service re Signed Order Denying Debtors' Motion for an Order Authorizing Rejection. |
| 42 | | 3/5/2004 | Debtors' Objections to EnerSys' Supplemental Designations of Deposition Testimony To Be Offered Into Evidence At Trial. |
| 43 | 3780 | 3/8/2004 | Affidavit re Service re Signed Order Regarding Various Motions of the Debtors and EnerSys. |

25014-007\DOCS_DE:117719.1

| Tab | Docket | Date | Description |
|---|---|---|---|
| 44 | 4001 | 3/11/2004 | Transcript of Hearing Held on 3/11/2004. |
| 45 | 3875 | 3/11/2004 | Debtors' Response to EnerSys' Submission Concerning the Admissibility of Parol Evidence; and all attached exhibits. |
| 46 | 4002 | 3/12/2004 | "Filed Under Seal" Transcript of Hearing Held on 3/12/2004. |
| 47 | 3918 | 3/15/2004 | Plan Filed by Exide Technologies. |
| 48 | 3920 | 3/15/2004 | Certification of Counsel re Proposed Order Approving Disclosure Statement, Scheduling Hearing to Confirm Joint Plan and other items. |
| 49 | 3921 | 3/15/2004 | Affidavit of Service re Joint Plan of Reorganization. |
| 50 | 3922 | 3/15/2004 | Affidavit of Service re Disclosure Statement for Joint Plan. |
| 51 | 4005 | 3/23/2004 | Affidavit re Service re Signed Order Denying Debtors' Motion for an Order Authorizing Rejection. |
| 52 | | 3/25/2004 | Debtors' Rebuttal Deposition Designations. |
| 53 | 5379 | 4/4/2004 | Affidavit re Service re Judge Carey's Opinion in Connection with the Order Granting Motion to Reject. |
| 54 | 5380 | 4/4/2004 | Affidavit re Service re Signed Order Granting Motion to Reject The Trademark. |
| 55 | | 4/13/2004 | Exhibit T to June 10, 1991 Asset Purchase Agreement: Trademark & Trade Name License Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 2). |
| 56 | | 4/13/2004 | June 10, 1991 Asset Purchase Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 3). |
| 57 | | 4/13/2004 | Exhibit E to June 10, 1991 Asset Purchase Agreement: Administrative Services Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 4). |
| 58 | | 4/13/2004 | April 1,1992 Administrative Services Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 5). |

25014-007\DOCS_DE:117719.1

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 59 | | 4/13/2004 | April 1, 1992 Miscellaneous Services Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 6). |
| 60 | | 4/13/2004 | December 27, 1994 Letter Agreement from E. J. Choquette to B. F. Stewart & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 7). |
| 61 | | 4/13/2004 | April 14, 2003 Objection of EnerSys, Inc. to Notices to Reject (A) Asset Purchase Agreement, (B) Trademark & Trade Name License Agreement, (C) December 27, 1994 Letter Agreement; (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 (Exide Trial Exhibit 8). |
| 62 | | 4/13/2004 | Schedule 5.22 (a) to Asset Purchase Agreement (Exide Trial Exhibit 9). |
| 63 | | 4/13/2004 | Schedule 9.1 to Asset Purchase Agreement (Exide Trial Exhibit 10). |
| 64 | | 4/13/2004 | Schedule 9.5 to Asset Purchase Agreement (Exide Trial Exhibit 11). |
| 65 | | 4/13/2004 | Exhibit R to Asset Purchase Agreement (Exide Trial Exhibit 12). |
| 66 | | 4/13/2004 | File re Yuasa-Exide, Inc. Trademark Assignments (U.S). (Exide Trial Exhibit 13). |
| 67 | | 4/13/2004 | Exhibit G to Asset Purchase Agreement - Agreement Not to Compete (Exide Trial Exhibit 14). |
| 68 | | 4/13/2004 | Termination of Non-Compete Agreement and Stock Purchase Agreement (Exide Trial Exhibit 15). |
| 69 | | 4/13/2004 | Joint Venture Agreement (Exide Trial Exhibit 16). |
| 70 | | 4/13/2004 | Supply & Recycling Agreement (YEBC Division) (Exide Trial Exhibit 17). |
| 71 | | 4/13/2004 | 1/30/92 Memorandum Relating to Share Exchange (Exide Trial Exhibit 18). |

| Tab | Docket | Date | Description |
|---|---|---|---|
| 72 | | 4/13/2004 | 4/1/92 Stockholder's Agreement (Exide Trial Exhibit 19). |
| 73 | | 4/13/2004 | Amendment to Partnership Agreement (Exide Trial Exhibit 20). |
| 74 | | 4/13/2004 | 10/1/94 Agreement for Consulting Services (Exide Trial Exhibit 21). |
| 75 | | 4/13/2004 | 7/9/96 Yuasa / Exide Lease (Exide Trial Exhibit 22). |
| 76 | | 4/13/2004 | Trademark Agreement (Exide Trial Exhibit 23). |
| 77 | | 4/13/2004 | 3/28/91 Fax to M. Ehlerman, from S. Fried re license agreement between Exide & Exide Electronics (Exide Trial Exhibit 24). |
| 78 | | 4/13/2004 | 6/25/91 Letter from K. August to M. Ehlerman re Battronics, Inc.; Exide Deposition Exhibit 15 (Exide Trial Exhibit 25). |
| 79 | | 4/13/2004 | 5/3/91 Letter to S.J. Canner, from K. Buck re Proposed Acquisition of Exide Industrial Battery Division (Exide Trial Exhibit 26). |
| 80 | | 4/13/2004 | Exide Industrial Division Trademarks (Exide Trial Exhibit 27). |
| 81 | | 4/13/2004 | 5/2/91 Letter from P. Price from C. Larkin (Exide Trial Exhibit 28). |
| 82 | | 4/13/2004 | 5/24/91 Letter from S. Johnson to C. Larkin (Exide Trial Exhibit 29). |
| 83 | | 4/13/2004 | 6/3/91 Letter from C. Larkin to S. Johnson (Exide Trial Exhibit 30). |
| 84 | | 4/13/2004 | 5/21/91 Draft - Schedule 9.1 (Exide Trial Exhibit 31). |
| 85 | | 4/13/2004 | 6/7/91 Memorandum for Lenders re Exide Sale of Assets to Yuasa Battery (Exide Trial Exhibit 32). |
| 86 | | 4/13/2004 | 3/31/91 Exide SEC filing - 10 K (Exide Trial Exhibit 33). |
| 87 | | 4/13/2004 | 3/31/92 Exide SEC filing - 10 K (Exide Trial Exhibit 34). |

| Tab | Docket | Date | Description |
|---|---|---|---|
| 88 | | 4/13/2004 | 5/7/92 Letter re Corporate Action Without Special Meeting of the Board of Directors of Yuasa-Exide, Inc. (Exide Trial Exhibit 35). |
| 89 | | 4/13/2004 | February 13 and February 27, 2001 Letters between Exide & EnerSys (Exide Trial Exhibit 38). |
| 90 | | 4/13/2004 | 8/15/03 Email from B. Derrough (Exide Trial Exhibit 39). |
| 91 | | 4/13/2004 | 4/2/98 Letter from T. Reese to N. Webb (Exide Trial Exhibit 40). |
| 92 | | 4/13/2004 | The Simon Group Report (Exide Trial Exhibit 41). |
| 93 | | 4/13/2004 | Simon Report Excerpt (Exide Trial Exhibit 42). |
| 94 | | 4/13/2004 | 12/10/99 memo from M. Philion to Yuasa, Inc. Board of Directors re enclosed copies of 11/12/99 Board of Directors Minutes (Exide Trial Exhibit 43). |
| 95 | | 4/13/2004 | 3/22/00 & 12/22/98 Letters re Board Representation (Exide Trial Exhibit 44). |
| 96 | | 4/13/2004 | 1/03/96 Meeting Yuasa Exide (Exide Trial Exhibit 45). |
| 97 | | 4/13/2004 | 10/18/00 Fax from R. W. Zuidema at Yuasa to A. Levine at Exide Corp. (Exide Trial Exhibit 46). |
| 98 | | 4/13/2004 | Various Letters (Exide Trial Exhibit 47). |
| 99 | | 4/13/2004 | 12/17/98 Letter from J. Harenza, to B. Stewart (Exide Trial Exhibit 48). |
| 100 | | 4/13/2004 | 11/2/98 Letter (Exide Trial Exhibit 49). |
| 101 | | 4/13/2004 | Miscellaneous Letters between Yuasa / EnerSys and Exide 1998 - 1999 (Exide Trial Exhibit 50). |
| 102 | | 4/13/2004 | June 18, 2003 Letter and January 9, 2004 Letter from R. Furey to J. Craig (Exide Trial Exhibit 51). |
| 103 | | 4/13/2004 | 4/5/00 Fax to S. Kawata, from E. Yurick (Exide Trial Exhibit 54). |

25014-007\DOCS_DE:117719.1

| Tab | Docket | Date | Description |
|---|---|---|---|
| 104 | | 4/13/2004 | 8/28/03 Letter from F. Macerato, to M. Kleiman  (Exide Trial Exhibit 55). |
| 105 | | 4/13/2004 | 9/4/03 Letter to F. Macerato from R. Furey  (Exide Trial Exhibit 56). |
| 106 | | 4/13/2004 | 9/10/03 Letter to R. Furey from F. Macerato  (Exide Trial Exhibit 57). |
| 107 | | 4/13/2004 | EnerSys Inc. Motive Power Exide Marketing Expenses (Exide Trial Exhibit 58). |
| 108 | | 4/13/2004 | Ernst & Young document (Exide Trial Exhibit 59). |
| 109 | | 4/13/2004 | EnerSys Inc. Intangible Asset Appraisal EnerSys, Inc. (Exide Trial Exhibit 60). |
| 110 | | 4/13/2004 | 3/31/95 Ernst & Young Intellectual Property Royalty Rate Study to P. McClafferty (Exide Trial Exhibit 61). |
| 111 | | 4/13/2004 | Consolidated Financial Statements - Yuasa, Inc. - Years ended March 31, 1999 and 1998 with Report of Independent Auditors (Exide Trial Exhibit 62). |
| 112 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63A). |
| 113 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63B). |
| 114 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63C). |
| 115 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63D). |
| 116 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63E). |
| 117 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63F). |
| 118 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63G). |
| 119 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63H). |
| 120 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63I). |
| 121 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63J). |
| 122 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63K). |

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 123 | | 4/13/2004 | Goals with our Brand building Strategy (Exide Trial Exhibit 64). |
| 124 | | 4/13/2004 | Loadhog & Deserthog Advertisements (Exide Trial Exhibit 65). |
| 125 | | 4/13/2004 | Miscellaneous "Hog" Advertisements (Exide Trial Exhibit 66). |
| 126 | | 4/13/2004 | Exide Ironclad Advertisement (Exide Trial Exhibit 67). |
| 127 | | 4/13/2004 | Brand Strategy Case Study (Exide Trial Exhibit 68). |
| 128 | | 4/13/2004 | Exide Technologies - Industrial Battery Group: Corporate Name Strategy (Exide Trial Exhibit 69). |
| 129 | | 4/13/2004 | Possible Global Branding Scenarios (Exide Trial Exhibit 70A). |
| 130 | | 4/13/2004 | Brands 1999 (Exide Trial Exhibit 70B). |
| 131 | | 4/13/2004 | 9/28/99 Power point presentation re Brand Strategy: Understand the Applicability of Branding Activities Across and Within National Boundaries; Lucca, Italy (Exide Trial Exhibit 71). |
| 132 | | 4/13/2004 | Brand Name Strategy (Exide Trial Exhibit 72). |
| 133 | | 4/13/2004 | Exide Technologies - Network Power Group (Exide Trial Exhibit 73). |
| 134 | | 4/13/2004 | 8/14/01 Email from T. Kaciubsky to D. Morris  (Exide Trial Exhibit 74). |
| 135 | | 4/13/2004 | Powerpoint presentation (Exide Trial Exhibit 75). |
| 136 | | 4/13/2004 | 10/6/03 Exide Press Release  (Exide Trial Exhibit 76). |
| 137 | | 4/13/2004 | Agenda 2003-06-05 (Exide Trial Exhibit 77). |
| 138 | | 4/13/2004 | 10/31/03 Exide Press Release  (Exide Trial Exhibit 78). |
| 139 | | 4/13/2004 | Exide Batteries Advertisement (Exide Trial Exhibit 79). |

| Tab | Docket | Date | Description |
|---|---|---|---|
| 140 | | 4/13/2004 | Exide Batteries Advertisement (Exide Trial Exhibit 80). |
| 141 | | 4/13/2004 | Exide Technologies Code of Ethics and Business Conduct (Exide Trial Exhibit 81). |
| 142 | | 4/13/2004 | 3/25/03 Exide Technologies Global Quality Assurance Manual (Exide Trial Exhibit 82). |
| 143 | | 4/13/2004 | Trade Watch Notices (Exide Trial Exhibit 83). |
| 144 | | 4/13/2004 | U.S. Trademark Registration No. 986,811 (Exide Trial Exhibit 84). |
| 145 | | 4/13/2004 | U.S. Trademark Registration No. 1,545,246 (Exide Trial Exhibit 85). |
| 146 | | 4/13/2004 | U.S. Trademark Registration No. 1,658,819 (Exide Trial Exhibit 86). |
| 147 | | 4/13/2004 | National Electrical Manufacturers Association - Cycle Life Testing of Lead-Acid Industrial Storage Batteries for Motive Power Service (Exide Trial Exhibit 92A). |
| 148 | | 4/13/2004 | IEEE Recommended Practice for Installation Design and Installation of Large Lead Storage Batteries for Generating Stations and Substations - IEEE Std 484-1987 (Exide Trial Exhibit 92B). |
| 149 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Large Lead Storage Batteries for Generating Stations and Substations - IEEE Std 450-1987 (Exide Trial Exhibit 92C). |
| 150 | | 4/13/2004 | National Electrical Manufacturers Association Publication No. 1B; Determination of Capacity of Lead-Acid Industrial Storage Batteries for Motive Power Service (Exide Trial Exhibit 92D). |
| 151 | | 4/13/2004 | Bell Communication Research; Generic Requirements for Lead-Acid Storage Batteries (Exide Trial Exhibit 92E). |
| 152 | | 4/13/2004 | Bellcore - Generic Requirements for Valve - Regulated Lead Acid Cells (Exide Trial Exhibit 92F). |

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 153 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Vented Lead-Acid Batteries for Stationary Applications - IEEE Std 450-1995 (Exide Trial Exhibit 92G). |
| 154 | | 4/13/2004 | IEEE Guide for Selection of Valve-Regulated Lead-Acid (VRLA) Batteries for Stationary Applications (Exide Trial Exhibit 92H). |
| 155 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Vented Lead-Acid Batteries for Stationary Applications - IEEE Std 450-1995 (Exide Trial Exhibit 92I). |
| 156 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Valve-Regulated Lead-Acid (VRLA) Batteries for Stationary Applications - IEEE Std 1188-1996 (Exide Trial Exhibit 92J). |
| 157 | | 4/13/2004 | IEEE Recommended Practice for Installation Design and Installation of Valve-Regulated Lead-Acid Storage Batteries for Stationary Applications - IEEE Std 1187-1996 (Exide Trial Exhibit 92K). |
| 158 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Valve-Regulated Lead-Acid (VRLA) Batteries for Stationary Applications - IEEE Std 1188-1996 (Exide Trial Exhibit 92L). |
| 159 | | 4/13/2004 | IEEE Recommended Practice for Sizing Lead-Acid Batteries for Stationary Applications - IEEE Std 485-1997 (Exide Trial Exhibit 92M). |
| 160 | | 4/13/2004 | American National Standard for Telecommunications; Valve-Regulated Lead-Acid Batteries Used in the Telecommunications Environment (Exide Trial Exhibit 92N). |
| 161 | | 4/13/2004 | Battery Council International; Life Cycle Testing of Lead-Acid Industrial Storage Batteries for Motive Power Service (Exide Trial Exhibit 92O). |

| Tab | Docket | Date | Description |
|---|---|---|---|
| 162 | | 4/13/2004 | Battery Council International; Determination of Capacity of Lead-Acid Industrial Storage Batteries for Motive Power Service (Exide Trial Exhibit 92P). |
| 163 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Vented Lead-Acid Batteries for Stationary Applications; IEEE Std 450-2002 (Exide Trial Exhibit 92Q). |
| 164 | | 4/13/2004 | §172.101 Hazardous Materials Table (Exide Trial Exhibit 92R). |
| 165 | | 4/13/2004 | Part 3 - Dangerous Goods List and Limited Qualities Exceptions (Exide Trial Exhibit 92S). |
| 166 | | 4/13/2004 | IATA - Identification (Exide Trial Exhibit 92T). |
| 167 | | 4/13/2004 | 6/25/91 Letter with Technical Assistance and License Agreement (Exide Trial Exhibit 93A). |
| 168 | | 4/13/2004 | Agreement between Battronics, Inc., Exide Corporation, and Yuasa-Exide, Inc. (Exide Trial Exhibit 93B). |
| 169 | | 4/13/2004 | Murphy, John M., Brand Strategy, pp. 47-48, 115, 119 (Exide Trial Exhibit 96). |
| 170 | | 4/13/2004 | Aaker, David, Managing Brand Equity, p. 212 (Exide Trial Exhibit 97). |
| 171 | | 4/13/2004 | 5/18/03-05/21/03 A Presentation at the 115th Convention of Battery Council International - North American Industrial Battery Forecast Report 2003-2007 (Exide Trial Exhibit 98). |
| 172 | | 4/13/2004 | Exide Technologies Form 10-K for Fiscal Year Ended March 31, 2003 (Exide Trial Exhibit 102). |
| 173 | | 4/13/2004 | EnerSys, Inc. Website pages (Exide Trial Exhibit 103). |
| 174 | | 4/13/2004 | 3/30/01 A Strategic Integrated Marketing Communications Proposal for EnerSys Inc. for Fiscal Year 2001 (Exide Trial Exhibit 104). |

25014-007\DOCS_DE:117719.1

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 175 | | 4/13/2004 | 9/18/03 Second Amended Disclosure Statement for Debtor's Third Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code (Exide Trial Exhibit 105). |
| 176 | | 4/13/2004 | Smith, Gordon V., Trademark Valuation, pp. 178-179 (Exide Trial Exhibit 106). |
| 177 | | 4/13/2004 | Trademark Agreement between ESB International Corporation and Venergia C.A. (Exide Trial Exhibit 107). |
| 178 | | 4/13/2004 | 7/1/87 License Agreement between Champion Spark Plug Company and GNB Incorporated (Exide Trial Exhibit 108). |
| 179 | | 4/13/2004 | 2/29/00 License Agreement between Exide Corporation and Midtronics, Inc. (Exide Trial Exhibit 109). |
| 180 | | 4/13/2004 | Johnson Controls Inc. Form 10-Ks for Fiscal Years Ended 9/30/00 and 9/30/02 (Exide Trial Exhibit 110). |
| 181 | | 4/13/2004 | Delphi Corporation Form 10-Ks for Fiscal Years Ended 12/31/00 and 12/31/02 (Exide Trial Exhibit 111). |
| 182 | | 4/13/2004 | 5/16/84 RoyaltySource License Agreement Summary - between Central Sprinkler Corp. and CSC Holding Corp. (Exide Trial Exhibit 112). |
| 183 | | 4/13/2004 | 5/1/02 RoyaltySource License Agreement Summary - between Chigo (China) and Hyundai Corp. (Exide Trial Exhibit 113). |
| 184 | | 4/13/2004 | 2/26/92 RoyaltySource License Agreement Summary - between Coleman Spas Inc. and Coleman Company Inc. (Exide Trial Exhibit 114). |
| 185 | | 4/13/2004 | 1998 RoyaltySource License Agreement Summary - between Harbin Bearing and Harbin Holdings (Exide Trial Exhibit 115). |
| 186 | | 4/13/2004 | 5/12/97 RoyaltySource License Agreement Summary - between Hawk Marine Power Inc. and Offshore Racing Team Inc. (Exide Trial Exhibit 116). |

25014-007\DOCS_DE:117719.1

| Tab | Docket | Date | Description |
|---|---|---|---|
| 187 | | 4/13/2004 | 12/15/95 RoyaltySource License Agreement Summary - between March Motors Limited and March Group PLC (Exide Trial Exhibit 117). |
| 188 | | 4/13/2004 | 3/30/98 RoyaltySource License Agreement Summary - between Morris Material Handling Inc. and Harnischfeger Technologies Inc. (Exide Trial Exhibit 118). |
| 189 | | 4/13/2004 | 12/21/99 RoyaltySource License Agreement Summary - between NBDE and Abb Handels-Und Verwaltungs AG (Exide Trial Exhibit 119). |
| 190 | | 4/13/2004 | 12/27/95 RoyaltySource License Agreement Summary - between O.Y.L. Manufacturing Company and AAF MSQuery Inc. (Exide Trial Exhibit 120). |
| 191 | | 4/13/2004 | 3/24/98 RoyaltySource License Agreement Summary - between Ranco Inc. and Coleman Company Inc. (Exide Trial Exhibit 121). |
| 192 | | 4/13/2004 | 10/24/03 Exide Technologies FY 02-03 Income Statement Comparison by GBU by Geography (Exide Trial Exhibit 122). |
| 193 | | 4/13/2004 | 8/10/03 Income Statement Third Party Sales Only - GNB Industrial Power - for Fiscal Years Ended March 2002 and March 2003 (Exide Trial Exhibit 123). |
| 194 | | 4/13/2004 | 3/31/95 Intellectual Property Rate Study performed by Ernst & Young for Yuasa-Exide (Exide Trial Exhibit 126). |
| 195 | | 4/13/2004 | 5/22/01 EnerSys Inc. Intangible Asset Appraisal by Enterprise Appraisal Company (Exide Trial Exhibit 127). |
| 196 | | 4/13/2004 | Simon, Carol J. and Mary W. Sullivan, "The Measurement and Determinants of Brand Equity: A Financial Approach" (Exide Trial Exhibit 128). |
| 197 | | 4/13/2004 | 4/12/91 1991 Addendum Mexico/Territory to 1987 Champion License Agreement (Exide Trial Exhibit 130). |
| 198 | | 4/13/2004 | 1/28/91 1991 Addendum Canada/Territory to 1987 Champion License Agreement (Exide Trial Exhibit 131). |

| Tab | Docket | Date | Description |
|---|---|---|---|
| 199 | | 4/13/2004 | 4/11/91 1991 Addendum AUS/NZ/Territory to 1987 Champion License Agreement (Exide Trial Exhibit 132). |
| 200 | | 4/13/2004 | 3/17/94 1994 Addendum Submark Assignment to 1987 Champion License Agreement (Exide Trial Exhibit 133). |
| 201 | | 4/13/2004 | 3/1/94 Addendum to July 1, 1987 License Agreement between Champion and GNB (Exide Trial Exhibit 134). |
| 202 | | 4/13/2004 | 3/14/94 1994 Addendum Trademark Assignment to 1987 Champion License Agreement (Exide Trial Exhibit 135). |
| 203 | | 4/13/2004 | 7/24/95 1995 GNB Sublicense of Trademarks (Exide Trial Exhibit 136). |
| 204 | | 4/13/2004 | 7/1/96 1996 Territory Expansion Euro, Africa, Middle East to 1987 Champion License Agreement (Exide Trial Exhibit 137). |
| 205 | | 4/13/2004 | 5/1/97 1997 Territory Expansion Pacific/Asia to 1987 Champion License Agreement (Exide Trial Exhibit 138). |
| 206 | | 4/13/2004 | 6/23/98 1998 Territory Expansion (Territory Schedule Missing) to 1987 Champion License Agreement (Exide Trial Exhibit 139). |
| 207 | | 4/13/2004 | 8/5/99 1999 Territory Expansion to 1987 Champion License Agreement (Exide Trial Exhibit 140). |
| 208 | | 4/13/2004 | 1999 Canada, UK, US, Japan, and Mexico Trademark Assignments to 1987 Champion License Agreement (Exide Trial Exhibit 141). |
| 209 | | 4/13/2004 | 8/1/022002 Addendum to 1987 Champion License Agreement (Exide Trial Exhibit 142). |
| 210 | | 4/13/2004 | 8/31/98 Trademark Assignment between GNB and Cooper Industries (Exide Trial Exhibit 143). |
| 211 | | 4/13/2004 | 3/31/91 Exide Corporation Industrial Division Financial Statements (Exide Trial Exhibit 144). |
| 212 | | 4/13/2004 | EnerSys Publication No. AS-RP-PG-001 January 2003 (Exide Trial Exhibit 152). |

25014-007\DOCS_DE:117719.1

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 213 | | 4/13/2004 | EnerSys Heritage Battery Brochure (Exide Trial Exhibit 153). |
| 214 | | 4/13/2004 | Yuasa-Exide Brochure (Exide Trial Exhibit 154). |
| 215 | | 4/13/2004 | Chart re Industrial Energy Europe Summary (Exide Trial Exhibit 155). |
| 216 | | 4/13/2004 | Email with attachment (Exide Trial Exhibit 156). |
| 217 | | 4/13/2004 | Chart re Network Power North American Impact Analysis (Exide Trial Exhibit 157). |
| 218 | | 4/13/2004 | Demonstrative - Deliberations Timeline (Exide Trial Exhibit 200). |
| 219 | | 4/13/2004 | Demonstrative - Brand Map (Exide Trial Exhibit 201). |
| 220 | | 4/13/2004 | Demonstrative - One Team ... One Vision ... Photograph (Exide Trial Exhibit 202). |
| 221 | | 4/13/2004 | GNB Study (Exide Trial Exhibit 300). |
| 222 | | 4/13/2004 | Curriculum Vitae of Scott D. Phillips (Exide Trial Exhibit 301). |
| 223 | | 4/13/2004 | Demonstrative - Five Products vs. All Others (Exide Trial Exhibit 302). |
| 224 | | 4/13/2004 | Memo re new Corporate Identity (Exide Trial Exhibit 303). |
| 225 | | 4/13/2004 | Demonstrative re Price Premium:  Technology Portion (Exide Trial Exhibit 305). |
| 226 | | 4/13/2004 | Demonstrative re Determination of Trademark Earnings Rate (Exide Trial Exhibit 306). |
| 227 | | 4/13/2004 | Demonstrative re Indicated Valuation Analysis (Exide Trial Exhibit 309). |
| 228 | | 4/13/2004 | Demonstrative re Illustrative Rebuttal Analysis (Exide Trial Exhibit 310). |

25014-007\DOCS_DE:117719.1

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 229 | | 4/13/2004 | Excerpts from Brand Valuation by John Murphy (Exide Trial Exhibit 313). |
| 230 | | 4/13/2004 | Chart re Two Exide Ironclad Batteries Compared to Three General Batteries (Exide Trial Exhibit 315). |
| 231 | | 4/13/2004 | Excerpts from Trademark Valuation by Gordon Smith (Exide Trial Exhibit 316). |
| 232 | | 4/13/2004 | Demonstrative re Advertisements (Exide Trial Exhibit 400). |
| 233 | | 4/13/2004 | Demonstrative - Handwritten formula on Easel Paper (Exide Trial Exhibit 408). |
| 234 | | 4/13/2004 | Demonstrative - Chart of Mr. Blonder's Assumption (Exide Trial Exhibit 411). |
| 235 | | 4/13/2004 | Memo from Shea to managers re Market Trends (EnerSys Trial Exhibit 132). |
| 236 | 4221 | 4/13/2004 | All exhibits to Debtors' Post-Trial Brief. |
| 237 | 4370 | 4/15/2004 | Transcript of Hearing Held on 4/15/2004. |
| 238 | 4369 | 4/16/2004 | Transcript of Hearing Held on 4/16/2004. |
| 239 | 4341 | 4/21/2004 | Order (Judgment) Confirmation Joint Plan of Reorganization of the Official Committee of the Unsecured Creditors and the Debtors. |
| 240 | 4363 | 4/26/2004 | Affidavit of Service re Amended Technical Amendment to Joint Plan of Reorganization. |
| 241 | 4368 | 4/27/2004 | Amended Technical Amendment to Joint Plan of Reorganization. |
| 242 | 4379 | 4/29/2004 | Order Approving Technical Amendment to Joint Plan |
| 243 | 4599 | 6/18/2004 | Order and Final Decree Closing the Subsidiary Debtors' Chapter 11 Cases. |
| 244 | 5464 | 4/24/2006 | Brief for Enersys Delaware Regarding Transition Plan. |

| Tab | Docket | Date | Description |
|-----|--------|------|-------------|
| 245 | 5466 | 4/24/2006 | Brief for Exide Technologies' Position Paper with Respect to a Transition Plan; and all exhibits. |
| 246 | | 4/27/2006 | Transcript of Hearing Held on April 27, 2006. |

The Appellee respectfully reserves the right to supplement and amend the record

on appeal designated herein.

Dated: May 1, 2006

MATTHEW N. KLEIMAN, P.C.
Matthew N. Kleiman
2506 North Clark Street, Suite 307
Chicago, IL  60614
Telephone:  (312) 543-0412
Facsimile:  (773) 868-4844

-and-

KATTEN MUCHIN ROSENMAN LLP
Roger P. Furey
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, DC  20007-5201
Telephone:  (202) 625-3500
Facsimile:  (202) 298-7570

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Reorganized Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, | ) | Case No. 02-11125 (KJC) |
| | ) | |
| Reorganized Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 1st day of May, 2006, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**Exide Technologies' Designation of Record on Appeal**

James E. O'Neill (Bar No. 4042)

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Counsel to EnerSys Delaware, Inc. f/k/a EnerSys, Inc. Thomas G. Whalen, Jr., Esq. | Stevens & Lee, P.C. | 610-371-7390 | 302-425-3304 |
| Counsel to EnerSys Delaware, Inc. f/k/a EnerSys, Inc. Robert Lapowsky, Esq. Carl W. Hittinger, Esq. Neil C. Schur, Esq. Dean R. Batson, Esq. | Stevens & Lee, P.C. | 610-371-7958 610-371-7953 | 215-575-0100 |
| Counsel to EnerSys Delaware, Inc. f/k/a EnerSys, Inc. John J. Miravich, Esq. | Stevens & Lee, P.C. | 610-988-0806 | 610-478-2000 |
| U.S. Trustee Mark Kenney, Esq. | Department of Justice Office of the United States Trustee | 302-573-6497 | 302-573-6491 |
| Reorganized Debtor Holly Pritchard, Esq. Barbara Hatcher, Esq. | Exide Technologies | 678-566-9342 | 678-566-9000 |
| Counsel to Reorganized Debtor Matthew N. Kleiman, Esq. | Matthew N. Kleiman, P.C. | 773-868-4844 | 312-543-0412 |
| Counsel to Reorganized Debtor Paul R. Garcia, Esq. Michelle A. H. Francis, Esq. | Kirkland & Ellis LLP | 312-861-2200 | 312-861-2000 |
| Counsel to Reorganized Debtor Roger P. Furey, Esq. | Katten Muchin Rosenman LLP | 202-298-7570 | 202-625-3500 |

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Counsel to Reorganized Debtor<br>John P. Sieger, Esq.<br>Matthew A. Olins, Esq. | Katten Muchin Rosenman LLP | 312-902-1061 | 312-902-5200 |
| Counsel to Post Confirmation Committee of Creditors<br>Fred S. Hodara, Esq.<br>David M. Zensky, Esq.<br>Mary R. Masella, Esq.<br>Rachel Lasky Gerstein, Esq. | Akin Gump Strauss Hauer & Feld LLP | 212-872-1002 | 212-872-1000 |
| Counsel to Post Confirmation Committee of Creditors<br>Cheryl A. Falvey, Esq.<br>Gabrielle Duvall, Esq. | Akin Gump Strauss Hauer & Feld LLP | 202-887-4288 | 202-887-4700 |
| Counsel to Post Confirmation Committee of Creditors<br>David B. Stratton, Esq.<br>David M. Fournier, Esq. | Pepper Hamilton LLP | 302-421-8390 | 302-777-6500 |
| Counsel to Official Committee of Equity Security Holders and State of Wisconsin Investment Board<br>Laurie Selber Silverstein, Esq. | Potter Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| Counsel to Postpetition Lenders, Citibank<br>Richard S. Cobb, Esq. | Landis Rath & Cobb LLP | 302-467-4450 | 302-467-4400 |

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Counsel to Postpetition Lenders, Citibank<br>Marcia Landweber Goldstein, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| Counsel to Prepetition Lenders, Credit Suisse and Salomon Smith<br>Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-658-6548 | 302-658-6541 |
| Counsel to Prepetition Lenders, Credit Suisse<br>William J.F. Roll, III, Esq.<br>Douglas P. Bartner, Esq.<br>Marc B. Hankin, Esq.<br>Lynette C. Kelly, Esq. | Shearman & Sterling LLP | 212-848-7179 | 212-848-4000 |

Exide Technologies – EnerSys Service List
Case No. 02-11125 (KJC)
Document No. 72995
06 – Hand Delivery
11 – Overnight Delivery

**Hand Delivery**
(Counsel to EnerSys, Inc.)
Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Hand Delivery**
(U.S. Trustee)
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Prepetition Secured Lenders,
Credit Suisse First Boston)
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Post Petition Secured Lenders,
Citicorp USA, Inc.)
Richard S. Cobb, Esq.
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Post Confirmation Committee of
Unsecured Creditors)
David B. Stratton, Esq.
David M. Fournier, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Official Committee of Equity
Security Holders)
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

**Overnight Delivery**
(Counsel to EnerSys, Inc.)
Robert Lapowsky, Esq.
Carl W. Hittinger, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

**Overnight Delivery**
(Counsel to EnerSys, Inc.)
John J. Miravich, Esq.
Stevens & Lee, P.C.
111 North Sixth Street
Reading, PA 19063

**Overnight Delivery**
(Counsel to the Reorganized Debtor)
Matthew N. Kleiman, Esq.
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

**Overnight Delivery**
(Counsel to the Reorganized Debtor)
Paul R. Garcia, Esq.
Michelle A. H. Francis, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**Overnight Delivery**
(Counsel to the Reorganized Debtor)
Roger P. Furey, Esq.
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, DC 20007-5201

**Overnight Delivery**
(Counsel to the Reorganized Debtor)
John P. Sieger, Esq.
Matthew A. Olin, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661-3693

**Overnight Delivery**
(Counsel to Prepetition Secured Lenders,
Credit Suisse First Boston)
Douglas P. Bartner, Esq.
Marc B. Hankin, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY  10022

**Overnight Delivery**
(Counsel to Post Petition Secured Lenders,
Citicorp USA, Inc.)
Marcia Landweber Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**Overnight Delivery**
(Counsel to Post Confirmation Committee of
Unsecured Creditors)
Fred S. Hodara, Esq.
Mary R. Masella, Esq.
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
590 Madison Avenue
New York, NY  10022

**Overnight Delivery**
(Counsel to Post Confirmation Committee of
Creditors)
Cheryl A. Falvey, Esq,
Gabrielle Duvall, Esq.
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036

**Overnight Delivery**
(Reorganized Debtor)
Holly Pritchard, Esq.
Barbara Hatcher, Esq.
Exide Technologies
13000 Deerfield Parkway, Building 200
Alpharetta, GA  30004