IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Exide Technologies, *et al* | ) | Bankr. Case No. 02-11125 (KJC) |
| | ) | |
| Enersys Delaware, Inc., | ) | |
|     Appellant | ) | Civil Action No. 06-302 |
| | ) | |
| v. | ) | |
| | ) | |
| Exide Technologies, | ) | |
|     Appellee | ) | |
| | ) | |

## AMENDED NOTICE OF APPEAL OF ENERSYS DELAWARE, INC. f/k/a ENERSYS, INC. OF ORDER GRANTING DEBTORS' MOTION TO REJECT AND OF ORDER GRANTING TRANSITION PLAN

EnerSys Delaware, Inc. f/k/a EnerSys, Inc. ("**EnerSys**"), by and through its undersigned attorneys, hereby *amends* its previously filed appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002(b) of the Federal Rules of Bankruptcy Procedure (Bankr. Docket No. 5385), from the *Order Granting the Debtors' Motion to Reject* (Bankr. Docket No. 5378), entered by the United States Bankruptcy Court for the District of Delaware on April 3, 2006 and to provide that EnerSys hereby appeals (i) the *Order Granting the Debtors' Motion to Reject* (Bankr. Docket No. 5378), entered by the United States Bankruptcy Court for the District of Delaware on April 3, 2006 and (ii) the *Order* and *Transition Plan* (Bankr. Docket No. 5521), entered by the United States Bankruptcy Court for the District of Delaware on July 3, 2006. This Amended Notice of Appeal is timely pursuant to Rules 8002 and 9006 of the Federal Rules of Bankruptcy Procedure.

In accordance with Federal Rule of Bankruptcy Procedure 8001(a), the names of the parties to this appeal and the names and addresses of their respective counsel are as follows:

**Appellant**:    EnerSys

Attorneys:

Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3304

Robert Lapowsky, Esq.
Carl W. Hittinger, Esq.
Neil C. Schur, Esq.
Dean R. Batson, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 751-2866

**Appellees**:    **The Debtors**

Attorneys:

Paul R. Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
Tel: 312-861-2000

Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614
Tel: (312) 543-0412

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801
Tel: 302-778-6407

Roger P. Furey, Esquire
William Bosch, Esquire
Intellectual Property Law Department
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5201

**Interested Party:**     **Postconfirmation Committee of Unsecured Creditors**

Attorneys:

Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
Tel: 212-872-8040

David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: 302-777-6566

Dated: July 11, 2006

STEVENS & LEE, P.C.

/s/ Thomas G. Whalen, Jr.
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3304
Telecopier: (610) 371-8512
E-mail: tgw@stevenslee.com

- and –

Robert Lapowsky, Esquire
Carl W. Hittinger, Esquire
Neil C. Schur, Esquire
Dean R. Batson, Esquire
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 751-2866
Telecopier: (610) 371-7958
E-mail: rl@stevenslee.com

*Counsel for EnerSys Delaware, Inc.*

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, hr., hereby certify that on July 11, 2006, I caused a copy of the foregoing *Amended Notice Of Appeal Of EnerSys Delaware, Inc. f/k/a EnerSys, Inc. to Order Granting Debtors' Motion to Reject* to be served upon the parties listed below in the manner indicated:

*Via Facsimile and Federal Express*
Paul Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

*Via Hand Delivery*
The Honorable Kevin J. Carey
United States Bankruptcy Court for the
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

*Via Facsimile and Hand Delivery*
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via Facsimile and Federal Express*
Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

*Via Facsimile & Regular Mail*
Mark Kenney, Esquire
U.S. Trustee's Office
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

*Via Facsimile & Federal Express*
Roger P. Furey, Esquire
William Bosch, Esquire
Intellectual Property Law Department
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5201

*Via Facsimile & Regular Mail*
Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

*Via Facsimile & Regular Mail*
Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

SL1 647559v1/008444.00325

*Via Facsimile & Regular Mail*
David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709

*Via Facsimile & Regular Mail*
Laurie Selber Silverstein, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*Via Facsimile & Regular Mail*
Marcia Landweber Goldstein, Esquire
Troy L. Cady, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Via Facsimile & Regular Mail*
Douglas P. Bartner, Esquire
Marc B. Hankin, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

*Via Facsimile and Federal Express*
Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

*Via Facsimile & Regular Mail*
Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

/s/ Thomas G. Whalen, Jr.
Thomas G. Whalen, Jr.