IN THE UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Exide Technologies et al.

---

| | | |
|---|---|---|
| EnerSys Delaware Inc., | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 06-302 |
| v. | ) | |
| | ) | |
| Exide Technologies, | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 02-11125 |
| | | AP 06-33 |

## NOTICE OF COMPLETION

A Notice of Appeal of the following Order of the Bankruptcy Court dated 4/3/06 was referred to the Appellate Mediation Panel by the District Court on 5/11/06 and briefing was deferred.

Mediation was scheduled, briefed, conducted and as of July 27, 2006 is concluded. Regrettably, the parties were unable to resolve their dispute in the Mediation Process. The parties continue in vigorous opposition.

Respectfully,

*(signature)*
J. Richard Tucker
Member Appellate Mediation Panel

Dated: July 28, 2006

{78000.00000 / W0063728}