IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| EXIDE TECHNOLOGIES, et al., ) | Bk. No. 02-11125(KJC) |
| ) | Jointly Administered Cases |
| Debtors. ) | |
| | |
| ENERSYS DELAWARE INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 06-302-SLR |
| ) | |
| EXIDE TECHNOLOGIES, ) | |
| ) | |
| Appellee. ) | |

O R D E R

At Wilmington this 8th day of August, 2006, having received notice from the mediator that mediation was not successful in this case (D.I. 10);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **September 5, 2006.**

2. Appellee's brief in opposition to the appeal is due on or before **October 5, 2006.**

3. Appellant's reply brief is due on or before **October 19, 2006.**

                                            /s/ Sue L. Robinson
                                            United States District Judge