IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Exide Technologies, *et al* ) | Bankr. Case No. 02-11125 (KJC) |
| ) | |
| EnerSys Delaware, Inc., ) | |
|     Appellant, ) | Civil Action No. 06-302 (SLR) |
| ) | |
| v. ) | |
| ) | **Related to Docket Nos. 2-6** |
| Exide Technologies, ) | |
|     Appellee. ) | |

**ENERSYS DELAWARE, INC. F/K/A ENERSYS, INC.'S SUPPLEMENTAL
DESIGNATION OF ITEMS FOR RECORD ON APPEAL
AND SUPPLEMENTAL STATEMENT OF ISSUES ON APPEAL**

EnerSys Delaware, Inc. f/k/a EnerSys, Inc. ("**EnerSys**"), by and through their undersigned attorneys, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby supplement its designation items to be included in the record and issues on its appeal from (i) the "*Order Granting Motion to Reject Notice to Reject the Trademark and Trade Name License Agreement Between Exide Corporation and Yuasa Battery (America), Inc.*" (Bankruptcy Docket No. 5378) (the "**Rejection Order**") entered by the Bankruptcy Court on April 3, 2006, and (ii) the *Order* and *Transition Plan* (the "**Transition Order**") (Bankruptcy Docket No. 5521), entered by the United States Bankruptcy Court for the District of Delaware on July 3, 2006. On July 11, 2006, EnerSys filed its Amended Notice of Appeal (District Court Docket No. 8). In furtherance of its Amended Notice of Appeal, EnerSys incorporates its designations of items for record on appeal and statement of issues on appeal filed on April 21, 2006 (Bankruptcy Docket No. 5435; District Court Docket Nos. 2-6).

I. **Supplemental Designation Of Items For Record On Appeal.**

| Tab No. | Docket No. | Filing/ Entry Date | Document Name |
|---|---|---|---|
| 1. | 5463 | 04/24/2006 | Statement of Post-Confirmation Committee with Respect to Transition Plan Relating to Transfer of Exide Trademarks. |
| 2. | 5464 | 04/24/2006 | Enersys Delaware, Inc. f/k/a Enersys, Inc. Position Paper Regarding Transition Plan. |
| 3. | 5466 | 04/24/2006 | Exide Technologies' Position Paper with Respect to a Transition Plan. |
| 4. | 5474 | 05/05/2006 | Transcript of Hearing held on April 27, 2006 before the Honorable Kevin J. Carey |
| 5. | 5517 | 06/28/2006 | Enersys Delaware, Inc. f/k/a Enersys, Inc. Supplemental Position Paper Regarding Revised Exide Proposed Transition Plan. |
| 6. | 5519 | 06/29/2006 | Certification of Counsel Re: Proposed Order Approving Transition Plan and Denial of Stay Motion without Prejudice. |
| 7. | 5521 | 07/03/2006 | Order Approving Transition Plan and Denial of Stay Motion without Prejudice. Order Signed on 6/30/2006. |
| 8. | 5524 | 07/06/2006 | Transcript of Hearing Before The Honorable Kevin J. Carey, Held on June 29, 2006. |
| 9. | 5525 | 07/06/2006 | Transcript of Hearing Before The Honorable Kevin F. Carey, Held on May 31, 2006. |

II. **Supplemental Statement Of Issues On Appeal.**

1. Are the Transition Order and the Rejection order a single order, for purposes of this appeal, or two separate orders?

2

2. In the event the Transition Order and the Rejection Order are separate orders, if the Rejection Order is reversed, must the Transition Order also be reversed?

Dated: August 28, 2006

STEVENS & LEE, P.C.

/s/ Thomas G. Whalen, Jr.
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3304
Telecopier: (610) 371-8512
E-mail: tgw@stevenslee.com

- and -

Robert Lapowsky, Esquire
Neil C. Schur, Esquire
Dean R. Batson, Esquire
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 575-0100
Telecopier: (215) 851-0214

*Attorneys for EnerSys Delaware, Inc. f/k/a EnerSys, Inc.*

3

SL1 650679v1/008444.00325

## CERTIFICATE OF SERVICE

I, THOMAS G. WHALEN, JR., hereby certify that on August 28, 2006, I caused a true and correct copy of *ENERSYS, INC.'S SUPPLEMENTAL DESIGNATION OF ITEMS FOR RECORD ON APPEAL AND SUPPLEMENTAL STATEMENT OF ISSUES ON APPEAL* to be served upon the parties listed below in the manner indicated:

*Via Facsimile and Federal Express*
Paul Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

*Via Hand Delivery*
The Honorable Kevin J. Carey
United States Bankruptcy Court
	for the District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

*Via Facsimile and Hand Delivery*
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
	Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via Facsimile and Federal Express*
Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

*Via Facsimile & Regular Mail*
Mark Kenney, Esquire
U.S. Trustee's Office
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

*Via Facsimile & Federal Express*
Roger P. Furey, Esquire
Intellectual Property Law Department
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5201

*Via Facsimile & Regular Mail*
Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

*Via Facsimile & Regular Mail*
Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Via Facsimile & Regular Mail*
David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709

*Via Facsimile & Regular Mail*
Douglas P. Bartner, Esquire
Marc B. Hankin, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

1

*Via Facsimile & Regular Mail*
Laurie Selber Silverstein, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*Via Facsimile & Regular Mail*
Marcia Landweber Goldstein, Esquire
Troy L. Cady, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Via Facsimile & Regular Mail*
Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

/s/ Thomas G. Whalen, Jr.
Thomas G. Whalen, Jr.

SL1 650679v1/008444.00325