IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Exide Technologies, *et al* | Bankr. Case No. 02-11125 (KJC) |
| EnerSys Delaware, Inc., <br>       Appellant, | Civil Action No. 06-302 (SLR) |
| v. | |
| Exide Technologies, <br>       Appellee. | **Related to Docket No. 12** |

### EMERGENCY MOTION FOR AN ORDER GRANTING ENERSYS DELAWARE, INC. F/K/A ENERSYS, INC. LEAVE TO FILE AN OPENING BRIEF EXCEEDING THE 40 PAGE LIMIT WITHIN LOCAL RULE 7.1.3(D)

EnerSys Delaware, Inc. f/k/a/ EnerSys, Inc. (the "EnerSys") moves this Court for an order granting it leave to file an opening appeal brief in excess of the 40 page limitation within Local Rule 7.1.3(D) of Civil Practice and Procedure of the United States District Court for the District of Delaware ("D. Del. L.R."). EnerSys states the following in support of its Motion:

    1.    On April 5, 2006, EnerSys filed its Notice of Appeal from the April 3, 2006 Order of the Bankruptcy Court authorizing Exide Technologies (the "Appellant") to reject various agreements between the parties. On July 11, 2006, EnerSys filed its Amended Notice of Appeal from the July 3, 2006 Order from the Bankruptcy Court approving a transition plan and denying EnerSys' Motion for Stay Pending Appeal without prejudice.

    2.    Pursuant to the Court's Scheduling Order entered on August 8, 2006, EnerSys' opening brief in this its appeal is due on September 5, 2006.

    3.    This appeal involves complex issues requiring intensive analysis. Further, as is clear from the Court's docket, the trial record is expansive and the recitation of the relevant factual, procedural and legal arguments will be lengthy.

4. EnerSys respectfully requests to exceed the 40 page limitation of D. Del L.R. 7.1.3(D). EnerSys requests that its Opening Brief be allowed to total up to 60 pages. EnerSys regrets making this request so close to the due date of its brief, but EnerSys has only just determined the need for additional pages.

5. Pursuant to its obligations under D. Del. L.R. 7.1.1, EnerSys contacted counsel for the Appellant to determine if it had any objection to this request. Counsel for the Appellant indicated there was no objection, so long as the Appellant would be afforded same right to exceed the 40 page limit its appeal brief.

WHEREFORE, EnerSys respectfully requests that the Court grant this Motion for the reasons set forth above.

Dated: August 30, 2006

STEVENS & LEE, P.C.

_____
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
(302) 425-3304

-and-

Robert Lapowsky, Esquire
Neil C. Schur, Esquire
1818 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 575-0100

*Attorneys for EnerSys Delaware, Inc. f/k/a EnerSys, Inc.*

Case 1:06-cv-00302-SLR    Document 16-2    Filed 08/30/2006    Page 1 of 2

## CERTIFICATE OF SERVICE

I, THOMAS G. WHALEN, JR., hereby certify that on August 30, 2006, I caused a true and correct copy of *EMERGENCY MOTION FOR AN ORDER GRANTING ENERSYS DELAWARE, INC. F/K/A ENERSYS, INC. LEAVE TO FILE AN OPENING BRIEF EXCEEDING THE 40 PAGE LIMIT WITHIN LOCAL RULE 7.1.3(D)* to be served upon the parties listed below in the manner indicated:

*Via Facsimile and Hand Delivery*
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
    Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE  19801

*Via Facsimile and Federal Express*
Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

*Via Facsimile & Regular Mail*
Mark Kenney, Esquire
U.S. Trustee's Office
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

*Via Facsimile & Federal Express*
Roger P. Furey, Esquire
Intellectual Property Law Department
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5201

*Via Facsimile & Regular Mail*
Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

*Via Facsimile & Regular Mail*
Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Via Facsimile & Regular Mail*
David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE  19899-1709

*Via Facsimile & Regular Mail*
Douglas P. Bartner, Esquire
Marc B. Hankin, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

*Via Facsimile & Regular Mail*
Laurie Selber Silverstein, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*Via Facsimile & Regular Mail*
Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

*Via Facsimile & Regular Mail*
Marcia Landweber Goldstein, Esquire
Troy L. Cady, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Via Facsimile and Federal Express*
Paul Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

　　　　　　　　　　　　/s/ *Thomas G. Whalen, Jr.*
　　　　　　　　　　　　THOMAS G. WHALEN, JR.