IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Exide Technologies, *et al.* | ) | Bankr. Case No. 02-11125 (KJC) |
| | ) | |
| EnerSys Delaware, Inc., | ) | |
|        Appellant, | ) | Civil Action No. 06-302 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| Exide Technologies, | ) | **Related to Docket Nos. 12 and 17** |
|        Appellee. | ) | |
| | ) | |

**OPENING BRIEF OF APPELLANT**
**ENERSYS DELAWARE, INC. f/k/a ENERSYS, INC.**

CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| STEVENS & LEE, P.C. | STEVENS & LEE, P.C. |
| Thomas G. Whalen, Jr. (No. 4034) | Robert Lapowsky, Esquire |
| 1105 North Market Street, 7th Floor | Neil C. Schur, Esquire |
| Wilmington, Delaware 19801 | 1818 Market Street, 29th Floor |
| Telephone: (302) 425-3304 | Philadelphia, PA 19103 |
| Facsimile: (302) 654-5181 | Telephone: (215) 575-0100 |
| E-Mail: tgw@stevenslee.com | Telecopier: (215) 851-0214 |
| | E-mail: rl@stevenslee.com |
| | ncsc@stevenslee.com |

Dated: September 21, 2006          *ATTORNEYS FOR ENERSYS DELAWARE, INC. f/k/a ENERSYS, INC.*

SL1 660512v2/008444.00325

## CERTIFICATE OF SERVICE

I, Thomas G. Whalen, Jr., hereby certify that on September 21, 2006, a true and correct copy of the foregoing Opening Brief of Appellant EnerSys Delaware, Inc. f/k/a EnerSys, Inc. was served on counsel for Appellee and other interested parties as follows:

*Via Hand Delivery*
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
    Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via Regular Mail*
Mark Kenney, Esquire
U.S. Trustee's Office
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

*Via Regular Mail*
Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

*Via Hand Delivery*
David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709

*Via Federal Express*
Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

*Via Federal Express*
Roger P. Furey, Esquire
Intellectual Property Law Department
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5201

*Via Regular Mail*
Paul Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

/s/ _____
THOMAS G. WHALEN, JR.