IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| EXIDE TECHNOLOGIES, et al. | ) Bk. No. 02-11125 (KJC) |
| | ) |
| ENERSYS DELAWARE, INC., | ) Civ. No. 06-302 (SLR) |
| | ) |
| Appellant, | ) |
| | ) AP No. 06-33 |
| v. | ) |
| | ) |
| EXIDE TECHNOLOGIES, | ) **Related Docket Nos. 17, 19, 20, and 21** |
| | ) |
| Appellee. | ) |

**EXIDE TECHNOLOGIES' REQUEST FOR ORAL ARGUMENT
PURSUANT TO BANKRUPTCY RULE 8012[1]**

Exide Technologies, debtor and appellee herein, hereby requests oral argument on the above captioned appeal for which briefing has been completed. Exide Technologies believes that oral argument may be (a) helpful to the Court given the complexities of the subject of this appeal and (b) necessary to address certain issues raised by the Appellant in its Reply Brief of Appellant EnerSys Delaware, Inc. f/k/a EnerSys, Inc. [Docket No. 21].

Dated: October 24, 2006          EXIDE TECHNOLOGIES, et al.,

                                  /s/ James E. O'Neill
                                  Laura Davis Jones (Bar No. 2436)
                                  James E. O'Neill (Bar No. 4042)
                                  PACHULSKI STANG ZIEHL YOUNG
                                    JONES & WEINTRAUB LLP
                                  919 North Market Street, 17th Floor
                                  Wilmington, DE 19899-8705 (Courier 19801)
                                  Telephone: (302) 652-4100
                                  Facsimile: (302) 652-4400

                                  -and-

---

[1] To the extent applicable, this request is also made pursuant to D. Del. LR 7.1.4.

Matthew N. Kleiman
MATTHEW N. KLEIMAN, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614
Telephone: (312) 543-0412
Facsimile: (773) 868-4844

-and-

Roger P. Furey
John P. Sieger
Peter J. Young
KATTEN MUCHIN ROSENMAN LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, DC 20007-5201
Telephone: (202) 625-3500
Facsimile: (202) 298-7570

Co-Counsel for Appellee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, et al. | ) | |
| | ) | |
| ENERSYS DELAWARE, INC., | ) | Civ. No. 06-302 (SLR) |
| | ) | |
| Appellant, | ) | |
| | ) | AP No. 06-33 |
| v. | ) | |
| | ) | |
| EXIDE TECHNOLOGIES, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 24th day of October, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

    **Exide Technologies' Request for Oral Argument Pursuant to Bankruptcy Rule 8012**

                                        /s/ James E. O'Neill
                                        James E. O'Neill (Bar No. 4042)

Exide Technologies – EnerSys Service List
Case No. 02-11125 (KJC)
Document No. 120280
07 – Hand Delivery
11 – First Class Mail

**Hand Delivery**
(Counsel to EnerSys, Inc.)
Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Mediator)
J. Richard Tucker, Esq.
Maron & Marvel, P.A.
1201 Market Street, Suite 900
Wilmington, DE  19801

**Hand Delivery**
(U.S. Trustee)
Mark S. Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Prepetition Secured Lenders,
Credit Suisse First Boston)
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Post Petition Secured Lenders,
Citicorp USA, Inc.)
Richard S. Cobb, Esq.
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Post Confirmation Committee of
Unsecured Creditors)
David B. Stratton, Esq.
David M. Fournier, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Official Committee of Equity
Security Holders)
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE  19801

**First Class Mail**
(Counsel to EnerSys, Inc.)
Robert Lapowsky, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

**First Class Mail**
(Counsel to EnerSys, Inc.)
John J. Miravich, Esq.
Stevens & Lee, P.C.
111 North Sixth Street
Reading, PA  19063

**First Class Mail**
(Counsel to the Reorganized Debtor)
Matthew N. Kleiman, Esq.
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL  60614

**First Class Mail**
(Counsel to the Reorganized Debtor)
Paul R. Garcia, Esq.
Michelle A. H. Francis, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

**First Class Mail**
(Counsel to the Reorganized Debtor)
Roger P. Furey, Esq.
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, DC 20007-5201

**First Class Mail**
(Counsel to the Reorganized Debtor)
John P. Sieger, Esq.
Matthew A. Olin, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

**First Class Mail**
(Counsel to Prepetition Secured Lenders,
Credit Suisse First Boston)
Douglas P. Bartner, Esq.
Marc B. Hankin, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Post Petition Secured Lenders,
Citicorp USA, Inc.)
Marcia Landweber Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**First Class Mail**
(Counsel to Post Confirmation Committee of
Unsecured Creditors)
Fred S. Hodara, Esq.
Mary R. Masella, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Post Confirmation Committee of
Creditors)
Cheryl A. Falvey, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

**First Class Mail**
(Reorganized Debtor)
Holly Pritchard, Esq.
Barbara Hatcher, Esq.
Exide Technologies
13000 Deerfield Parkway, Building 200
Alpharetta, GA 30004