# STEVENS & LEE
## LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:    (302) 425-3304
Email:    tgw@stevenslee.com
Direct Fax:    (610) 371-8512

November 1, 2006

**HAND DELIVERY**

Dr. Peter T. Dalleo
United States District Court Clerk
J.Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

Re:   Exide Technologies et al. - Bankruptcy Case No. 02-11125
      EnerSys Delaware, Inc., Appellant v. Exide Technologies, Appellee
      C.A. No. 06-302

Dear Dr. Dalleo:

On October 19, 2006, we filed EnerSys Delaware Inc.'s Reply Brief under seal. Since the filing, the parties have agreed that the Reply Brief does not contain any confidential or proprietary information and, as a result, does not have to be sealed. Attached is a disk containing the Reply Brief to replace the docketed pacer page.

Should you have any question regarding this matter, please call me, or my assistant, Stephanie Foster, at 302-425-3317. Thank you.

Very truly yours,

STEVENS & LEE

Thomas G. Whalen, Jr.

TGW:slfo
Enclosure

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Williamsport • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 677740v1/008444.00325

# STEVENS & LEE
## LAWYERS & CONSULTANTS

Dr. Peter T. Dalleo
November 1, 2006
Page 2


cc:   Robert Lapowsky, Esq.
      Matthew N. Kleiman, Esq.
      James E. O'Neill, Esq.
      Roger Furey, Esq.