### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Exide Technologies, *et al.* ) | Bankr. Case No. 02-11125 (KJC) |
| ) | |
| EnerSys Delaware, Inc., ) | |
|     Appellant, ) | Civil Action No. 06-302 (SLR) |
| ) | |
| v. ) | |
| ) | |
| Exide Technologies ) | |
|     Appellee. ) | |
| ) | |

### NOTICE OF APPEAL OF ENERSYS DELAWARE, INC. f/k/a ENERSYS, INC. TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT OF MEMORANDUM ORDER DATED FEBRUARY 27, 2008

EnerSys Delaware, Inc. f/k/a EnerSys, Inc. ("**EnerSys**"), by and through its undersigned attorneys, hereby appeals to the United States Court of Appeals for the Third Circuit, pursuant to 28 U.S.C. § 158(d)(1) and Rules 3 and 6 of the Federal Rules of Appellate Procedure, from the *Memorandum Order (Docket No. 24)* entered by the United States District Court for the District of Delaware on February 27, 2008, affirming the *Order Granting Debtor's Motion to Reject* entered by the United States Bankruptcy Court for the District of Delaware on April 3, 2006.

In accordance with Federal Rule of Appellate Procedure 3(c), the names of the parties to this appeal and the names and addresses of their respective counsel are as follows:

    **Appellant**:    EnerSys Delaware, Inc.

Attorneys:

| | |
|---|---|
| Joseph Grey, Esquire | Robert Lapowsky, Esquire |
| Stevens & Lee, P.C. | Neil C. Schur, Esquire |
| 1105 North Market Street, 7th Floor | Stevens & Lee, P.C. |
| Wilmington, DE 19801 | 1818 Market Street, 29th Floor |
| Telephone: (302) 654-5180 | Philadelphia, PA 19103 |
| | Telephone: (215) 751-2866 |

**Appellees:**   **The Debtors**

Attorneys:

Paul R. Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
Tel: 312-861-2000

Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614
Tel: (312) 543-0412

   James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE  19801
Tel: 302-778-6407


**Interested Party:**   **Official Committee of Unsecured Creditors**

Attorneys:

   Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
Tel: 212-872-8040

David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE  19899-1709
Tel: 302-777-6566

| | |
|---|---|
| Dated: March 24, 2008 | STEVENS & LEE, P.C. |

                                                    */s/ Joseph Grey*
                                            Joseph Grey. (No. 2358)
                                            1105 North Market Street, 7th Floor
                                            Wilmington, DE 19801
                                            Telephone: (302) 654-5180
                                            Telecopier: (302) 654-5181
                                            E-mail: jg@stevenslee.com

                                                                - and –

                                            Robert Lapowsky, Esquire
                                            Neil C. Schur, Esquire
                                            1818 Market Street, 29th Floor
                                            Philadelphia, PA 19103
                                            Telephone: (215) 751-2866
                                            Telecopier: (610) 371-7958
                                            E-mail: rl@stevenslee.com

                                        *Counsel for Appellant EnerSys Delaware, Inc.*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on March 24, 2008, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Notice Of Appeal* to be served upon the parties listed below by first class United States mail, postage prepaid:

Paul Garcia, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Mark L. Metz, Esquire
Reinhart Boerner Van Deuren, Esquire
1000 North Water Street
Suite 2100
Milwaukee, WI 53202

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, Delaware 19801

Mark Kenney, Esquire
U.S. Trustee's Office
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Marcia Landweber Goldstein, Esquire
Troy L. Cady, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

David B. Stratton, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709

Douglas P. Bartner, Esquire
Marc B. Hankin, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Laurie Selber Silverstein, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL 60614

Roger P. Furey, Esquire
William Bosch, Esquire
Intellectual Property Law Department
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5201

      *Joseph Grey*
      Joseph Grey