# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Exide Technologies, *et al.* | Bankr. Case No. 02-11125 (KJC) |
| EnerSys Delaware, Inc., <br>     Appellant, | Civil Action No. 06-302 (SLR) |
| v. | |
| Exide Technologies <br>     Appellee. | |

**ENERSYS DELAWARE, INC. F/K/A ENERSYS, INC.'S DESIGNATION OF ITEMS FOR RECORD ON APPEAL TO COURT OF APPEALS AND STATEMENT OF <u>ISSUES ON APPEAL</u>**

EnerSys Delaware, Inc. f/k/a EnerSys, Inc. ("**EnerSys**"), by and through their undersigned attorneys, pursuant to Rule 6(b)(2)(B) of the Federal Rules of Appellate Procedure, hereby designates the items to be included in the record and sets forth the statement of issues on its appeal from the "*Memorandum Order*" (Docket No. 24) (the "**District Court Order**") entered by the District Court on February 27, 2008.

## I. <u>Designation Of Items For Record On Appeal.</u>

| Tab No. | Docket No. (Bankr. Docket unless otherwise specified) | Filing/ Entry Date (Bankr. Docket unless otherwise specified) | Document Name |
|---|---|---|---|
| 1. | 1613 | 03/14/2003 | Notice to Reject the Asset Purchase Agreement Between Exide Corporation and Yuasa Battery (America), Inc. |

SL1 807216v2/008444.00325

2

| Tab No. | Docket No. (Bankr. Docket unless otherwise specified) | Filing/ Entry Date (Bankr. Docket unless otherwise specified) | Document Name |
|---|---|---|---|
| 2. | 1614 | 03/14/2003 | Notice to Reject the Asset Purchase Agreement Between Exide Corporation and Yuasa Battery (America), Inc. |
| 3. | 1615 | 03/14/2003 | Notice to Reject the Administrative Services Agreement Between Exide Corporation and Yuasa Battery (America), Inc. Dated June 10, 1991 |
| 4. | 1616 | 03/14/2003 | Notice to Reject The Miscellaneous Services Agreement Between Exide Corporation and Yuasa-Exide, Inc. |
| 5. | 1617 | 03/14/2003 | Notice To Reject Letter Agreement Dated December 27, 1994 from Ernest J. Choquette to Bernard F. Stewart |
| 6. | 1618 | 03/14/2003 | Notice to Reject the Trademark and Trade Name License Agreement Between Exide Corporation and Yuasa Battery (America), Inc. |
| 7. | 1726 | 04/14/2003 | Objection to Notices to Reject (A) Asset Purchase Agreement, (B) Trademark and Tradename License Agreement, (C) December 27, 1994 Letter Agreement, (D) Administrative Services Agreement Dated June 10, 1991, and (E) Administrative Services Agreement Dated April 1, 1992 |
| 8. | | 04/23/2003 | Proof of Claim filed by EnerSys, Inc. |
| 9. | | 6/25/03 | Objections and Responses to Debtor's First Request for Production of Documents Addressed to EnerSys, Inc. |

2

| Tab No. | Docket No. (Bankr. Docket unless otherwise specified) | Filing/ Entry Date (Bankr. Docket unless otherwise specified) | Document Name |
|---|---|---|---|
| 10. | 3191 | 11/20/2003 | Order Denying the Debtor's Motion for Summary Judgment that the Trademark License is Executory |
| 11. | 3461 | 01/14/04 | All Exhibits to Debtors' Pre-Rejection Hearing Brief |
| 12. |  | 11/20/2003 | Transcript of Hearing held on 11/20/03 pp. 19 - 62 |
| 13. |  | 01/28/04 | Transcript of Hearing held on 1/28/04 p. 102 |
| 14. | 3604 | 02/11/2004 | Court's Letter Ruling dated 2/11/04 regarding in Camera Examination of Documents |
| 15. | 3914 | 03/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/3/04 pp. 54 – 69 / 75 – 76 / 78 – 117 / 133 / 160 – 162 / 167 – 168 / 172 – 173 / 177 - 187 / 192 / 195 |
| 16. | 3916 | 03/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/5/04 pp. 6 – 7 / 13 / 16 / 19 – 22 / 31 – 45 / 50 – 72 / 75 – 76 / 78 – 82 / 96 – 97 / 100 – 101 / 108 – 109 / 118 – 120 / 128 / 131 / 142 – 143 / 148 / 156 – 158 / 170 – 173 / 175 / 177 / 181 – 182 / 229 |
| 17. | 3918 | 03/15/04 | Plan Filed by Exide Technologies |

SL1 807216v2/008444.00325

| Tab No. | Docket No. (Bankr. Docket unless otherwise specified) | Filing/ Entry Date (Bankr. Docket unless otherwise specified) | Document Name |
|---|---|---|---|
| 18. | 3917 | 03/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/4/04 pp. 22 – 23 / 27 – 29 / 35 – 38 / 41 – 43 / 45 / 68 – 69 / 90 – 91 / 107 – 109 / 111 – 113 / 117 – 118 / 134 / 136 / 141 – 142 / 151 / 161 – 162 / 169 – 176 / 184 - 201 / 212 / 232 – 233 / 241 / 245 – 246 / 250 – 253 / 256 – 257 / 273 / 282 – 290 / 293 – 326 / 316 - 317 |
| 19. | 4002 | 03/23/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/12/04 pp. 3 – 6 / 43 / 46 - 47 / 75 – 76 / 84 / 89 – 90 / 106 – 109 / 120 – 123 / 133 – 137 / 143 – 145 / 153 – 157 / 162 – 163 / 171 – 173 / 178 – 181 / 217 / 247 - 248 |
| 20. | | 03/25/2004 | Transcript of Hearing Held on 3/25/04 pp. 25 / 58 – 108 / 119 – 130 / 133 – 140 / 144 – 145 / 148 - 149 |
| 21. | | 03/31/2004 | Transcript of Hearing Held on 3/31/04 pp. 28 / 56 – 57 |
| 22. | | 04/13/04 | Exhibit E to June 10, 1991 Asset Purchase Agreement: Administrative Services Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exh. 4) |
| 23. | | 04/13/04 | Exhibit R to Asset Purchase Agreement (Exide Trial Exh. 12) |
| 24. | | 04/13/04 | Supply & Recycling Agreement (YEBC Division) ( Exide Trial Exh. 17) |

4

| Tab No. | Docket No. (Bankr. Docket unless otherwise specified) | Filing/ Entry Date (Bankr. Docket unless otherwise specified) | Document Name |
|---|---|---|---|
| 25. | | 04/13/04 | Amendment to Partnership Agreement (Exide Trial Exh. 20) |
| 26. | | 04/13/04 | Exide Industrial Division Trademarks (Exide Trial Exh. 27) |
| 27. | | 04/13/04 | Letter from P. Price to C. Larkin dated 5/21/91 (Exide Trial Exh. 28) |
| 28. | | 04/13/04 | Letter from S. Johnson to C. Larkin dated 5/24/91 (Exide Trial Exh. 29) |
| 29. | | 04/13/04 | Letter from C. Larkin to S. Johnson dated 6/3/91 (Exide Trial Exh. 30) |
| 30. | | 04/13/04 | Draft Schedule 9.1 dated 5/21/91 (Exide Trial Exh. 31) |
| 31. | | 04/13/04 | Memorandum for Lenders re Exide Sale of Assets to Yuasa Battery dated 6/7/91 (Exide Trial Exh. 32) |
| 32. | | 04/13/04 | Various Letters (Exide Trial Exh. 47) |

SL1 807216v2/008444.00325

| Tab No. | Docket No. (Bankr. Docket unless otherwise specified) | Filing/ Entry Date (Bankr. Docket unless otherwise specified) | Document Name |
|---|---|---|---|
| 33. | | 04/13/04 | PowerPoint Presentation (Exide Trial Exh. 75) |
| 34. | | 04/13/04 | Chart re Industrial Energy Europe Summary (Exide Trial Exh. 155) |
| 35. | | 04/13/2004 | Email with Attachment (Exide Trial Exh. 156) |
| 36. | | 04/13/2004 | Chart re Network Power North American Impact Analysis (Exide Trial Exh. 157) |
| 37. | | 04/13/2004 | Demonstrative – Deliberations Timeline (Exide Trial Exhibit 200) |
| 38. | | 04/13/2004 | Trademark and Trade Name License Agreement dated 06/10/91 Bates numbered ENER-1-4144-4158 (EnerSys Trial Exh. 1) |
| 39. | | 04/13/2004 | Administrative Services Agreement dated 06/10/91 (EnerSys Trial Exh. 2) |
| 40. | | 04/13/2004 | Asset Purchase Agreement dated 06/10/91 Bates numbered ENER-1-3752-3821 (EnerSys Trial Exh. 3) |

SL1 807216v2/008444.00325

| Tab No. | Docket No. (Bankr. Docket unless otherwise specified) | Filing/ Entry Date (Bankr. Docket unless otherwise specified) | Document Name |
|---|---|---|---|
| 41. |  | 04/13/2004 | Miscellaneous Services Agreement dated 04/01/92 from Exide Dep. Exh. 22 (EnerSys Trial Exh. 4) |
| 42. |  | 04/13/2004 | Administrative Services Agreement dated 04/01/92 from Exide Dep. Exh. 21 (EnerSys Trial Exh. 5) |
| 43. |  | 04/13/2004 | Letter Agreement from E. Choquette to B. Stewart dated 12/27/94 (EnerSys Trial Exh. 6) |
| 44. |  | 04/13/04 | Expert Report of Brian Blonder w/attachments dated 10/20/03 (EnerSys Trial Exh. 7) |
| 45. |  | 04/13/2004 | Lost Profits Calculation Bates numbered ENER-10-0023 (EnerSys Trial Exh. 178) |
| 46. |  | 04/13/2004 | Exide Technologies Board of Directors Meeting Minutes dated 3/19/03 Bates numbered E3-10150-10162 (EnerSys Trial Exh. 188) |
| 47. |  | 04/13/2004 | Letter of Intent between Yuasa and Exide Corp. dated 3/26/91 (EnerSys Trial Exh. 209) |

| Tab No. | Docket No. (Bankr. Docket unless otherwise specified) | Filing/ Entry Date (Bankr. Docket unless otherwise specified) | Document Name |
|---|---|---|---|
| 48. | | 04/13/2004 | Demonstrative Exhibit (Analysis Slides) (EnerSys Trial Exh. 248) |
| 49. | | 04/13/2004 | Demonstrative Exhibit (Impact of Reversion) (EnerSys Trial Exh. 249) |
| 50. | | 04/13/2004 | Business Summary from C. Muhlhauser dated 03/19/03 from Bright Dep. Exh. 31 (EnerSys Trial Exh. 250) |
| 51. | | 04/03/2006 | Opinion by Kevin J. Carey, United States Bankruptcy Judge |
| 52. | | 04/03/2006 | Order Granting Motion to Reject Notice to Reject the Trademark and Trade Name License Agreement Between Exide Corporation and Yuasa Battery (America), Inc. |
| 53. | 5385 (Bankr. Ct.) 1 (District Ct.) | 04/11/04 | Notice of Appeal of EnerSys Delaware, Inc. f/k/a EnerSys, Inc., of Bankruptcy Court Order Granting Debtors' Motion to Reject |
| 54. | 24 (District Ct.) | 02/27/08 | Memorandum Order Denying Appeal, Judge Robinson, United States District Court |
| 55. | 25 (District Ct.) | 03/24/08 | Notice of Appeal of EnerSys Delaware, Inc. f/k/a EnerSys, Inc., of District Court Order Denying Appeal |

SL1 807216v2/008444.00325

**II.  Statement of Issues on Appeal.**

1.  Did the Bankruptcy Court and District Court err in concluding that rejection of the Agreements effects a termination of the Agreements, including the Trademark Agreement, and divests EnerSys of any rights under the Agreements, including the Trademark Agreement?

2. Did the Bankruptcy Court and District Court err in concluding that the Agreements have not been substantially performed by either EnerSys or Exide and remain executory notwithstanding evidence that, pursuant to the Agreements, in 1991, Exide transferred an entire industrial battery business and EnerSys paid Exide over $130.0 million, representing the full consideration for the business?

3. Did the Bankruptcy Court and District Court err in concluding that the exclusive remedy provisions of  Section 13.6 of the Asset Purchase Agreement and Section 8 of the Trademark Agreement do not preclude both EnerSys and Exide from terminating all of their remaining performance under the Agreements in the event of breach by the other and, so, do not preclude a finding that the Agreements are executory?

4. Did the Bankruptcy Court and District Court err in concluding that both EnerSys and Exide have remaining material obligations under the Agreements notwithstanding that none of the remaining obligations can fairly be said to go to the root or essence of the Agreements and notwithstanding that neither Exide nor EnerSys would be deprived of the substantial benefit of its bargain if the other failed to perform any of its remaining obligations?

SL1 807216v2/008444.00325

5. Did the Bankruptcy Court and District Court err in concluding that Exide's failure to seek rejection of all of the agreements executed in 1991 did not preclude rejection of the Agreements?

6. Did the Bankruptcy Court and District Court err in concluding that the Agreements, including the Trademark Agreement, did not evidence a closed sale of the right to use the "Exide" trademark in the industrial battery business?

7. Did the Bankruptcy Court and District Court err in concluding that Exide's decision to reject the Agreements satisfied the business judgment test applicable to a bankrupt estate given that it was based upon inadmissible and incomprehensible sales forecasts and speculative and unsupported trial testimony of certain Exide employees and lacked any analysis of the amount of the likely rejection damage claim?

Dated: April 21, 2008

Respectfully submitted
STEVENS & LEE, P.C.


 */s/ Joseph Grey*
Joseph Grey (ID 2358)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone (302) 654-5180
Facsimile: (302) 654-5181
E-Mail: jg@stevenslee.com


Robert Lapowsky
Neil C. Schur
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 751-2866
Telecopier: (610) 371-7958
E-mail: rl@stevenslee.com

*Counsel for Appellant EnerSys Delaware, Inc.*

10

SL1 807216v2/008444.00325

1

**CERTIFICATE OF SERVICE**

  I, Joseph Grey, hereby certify that on April 21, 2008, I caused copies of the foregoing DESIGNATION OF ITEMS FOR RECORD ON APPEAL TO COURT OF APPEALS AND STATEMENT OF ISSUES ON APPEAL to be served upon the parties listed below by first class United States mail, postage prepaid:

| | |
|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.<br>919 North Market Street, Suite 1600<br>Wilmington, DE  19801 | Matthew N. Kleiman, Esquire<br>Matthew N. Kleiman, P.C.<br>2506 North Clark Street, Suite 307<br>Chicago, IL 60614 |
| Roger P. Furey<br>Katten Muchin Roesnmann LLP<br>1025 Thomas Jefferson St., N.W.<br>East Lobby: Suite 700<br>Washington, D.C. 20007-5201 | |

                */s/ Joseph Grey*
                Joseph Grey

SL1 807216v2/008444.00325