IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, et al. | ) | |
| | ) | |
| | ) | |
| ENERSYS DELAWARE, INC., | ) | Civ. No. 06-302 (SLR) |
| | ) | |
| Appellant, | ) | |
| | ) | AP No. 06-33 |
| v. | ) | |
| | ) | |
| EXIDE TECHNOLOGIES, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

**EXIDE TECHNOLOGIES' DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Exide Technologies ("Exide"), pursuant to Rule 6(b)(2)(B)(ii) of the Federal Rules of Appellate Procedure, hereby designates the below additional items to be included in the record on appeal of EnerSys Delaware, Inc. f/k/a/ EnerSys, Inc. from the Memorandum Order [Docket No. 24] entered by the Court on February 27, 2008:

| Tab | Docket No. | Date | Document Name |
|---|---|---|---|
| 1 | | 6/25/2003 | Objections and Answers to Debtors' First Set of Interrogatories Directed to EnerSys, Inc. |
| 2 | | 6/27/2003 | EnerSys, Inc.'s Supplementary Objections and Answers to Debtors' First Set of Interrogatories Directed to EnerSys, Inc. |
| 3 | | 8/29/2003 | Objections and Responses to Debtor's Second Request for Production of Documents. |
| 4 | | 4/13/2004 | Exhibit T to June 10, 1991 Asset Purchase Agreement: Trademark & Trade Name License Agreement & March 14, |

| # | | Date | Description |
|---|---|---|---|
| | | | 2003 Notice to Reject Same (Exide Trial Exhibit 2). |
| 5 | | 4/13/2004 | June 10, 1991 Asset Purchase Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 3). |
| 6 | | 4/13/2004 | April 1, 1992 Administrative Services Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 5). |
| 7 | | 4/13/2004 | April 1, 1992 Miscellaneous Services Agreement & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 6). |
| 8 | | 4/13/2004 | December 27, 1994 Letter Agreement from E. J. Choquette to B. F. Stewart & March 14, 2003 Notice to Reject Same (Exide Trial Exhibit 7). |
| 9 | | 4/13/2004 | Schedule 5.22 (a) to Asset Purchase Agreement (Exide Trial Exhibit 9). |
| 10 | | 4/13/2004 | Schedule 9.1 to Asset Purchase Agreement (Exide Trial Exhibit 10). |
| 11 | | 4/13/2004 | Schedule 9.5 to Asset Purchase Agreement (Exide Trial Exhibit 11). |
| 12 | | 4/13/2004 | Joint Venture Agreement (Exide Trial Exhibit 16). |
| 13 | | 4/13/2004 | 4/1/92 Stockholder's Agreement (Exide Trial Exhibit 19). |
| 14 | | 4/13/2004 | 3/31/91 Exide SEC filing - 10 K (Exide Trial Exhibit 33). |
| 15 | | 4/13/2004 | 3/31/92 Exide SEC filing - 10 K (Exide Trial Exhibit 34). |
| 16 | | 4/13/2004 | 5/7/92 Letter re Corporate Action Without Special Meeting of the Board of Directors of Yuasa-Exide, Inc. (Exide Trial Exhibit 35). |
| 17 | | 4/13/2004 | February 13 and February 27, 2001 Letters between Exide & EnerSys (Exide Trial Exhibit 38). |
| 18 | | 4/13/2004 | 4/2/98 Letter from T. Reese to N. Webb (Exide Trial Exhibit 40). |
| 19 | | 4/13/2004 | The Simon Group Report (Exide Trial Exhibit 41). |
| 20 | | 4/13/2004 | Simon Report Excerpt (Exide Trial Exhibit 42). |
| 21 | | 4/13/2004 | 10/18/00 Fax from R. W. Zuidema at Yuasa to A. Levine at |

|    |    |           | Exide Corp. (Exide Trial Exhibit 46). |
|----|----|-----------|---------------------------------------|
| 22 |    | 4/13/2004 | Miscellaneous Letters between Yuasa / EnerSys and Exide 1998 - 1999 (Exide Trial Exhibit 50). |
| 23 |    | 4/13/2004 | June 18, 2003 Letter and January 9, 2004 Letter from R. Furey to J. Craig (Exide Trial Exhibit 51). |
| 24 |    | 4/13/2004 | 4/5/00 Fax to S. Kawata, from E. Yurick (Exide Trial Exhibit 54). |
| 25 |    | 4/13/2004 | 8/28/03 Letter from F. Macerato, to M. Kleiman (Exide Trial Exhibit 55). |
| 26 |    | 4/13/2004 | 9/4/03 Letter to F. Macerato from R. Furey (Exide Trial Exhibit 56). |
| 27 |    | 4/13/2004 | 9/10/03 Letter to R. Furey from F. Macerato (Exide Trial Exhibit 57). |
| 28 |    | 4/13/2004 | Ernst & Young document (Exide Trial Exhibit 59). |
| 29 |    | 4/13/2004 | EnerSys Inc. Intangible Asset Appraisal EnerSys, Inc. (Exide Trial Exhibit 60). |
| 30 |    | 4/13/2004 | 3/31/95 Ernst & Young Intellectual Property Royalty Rate Study to P. McClafferty (Exide Trial Exhibit 61). |
| 31 |    | 4/13/2004 | Consolidated Financial Statements - Yuasa, Inc. - Years ended March 31, 1999 and 1998 with Report of Independent Auditors (Exide Trial Exhibit 62). |
| 32 |    | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63A). |
| 33 |    | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63B). |
| 34 |    | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63C). |
| 35 |    | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63D). |
| 36 |    | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63E). |
| 37 |    | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63F). |
| 38 |    | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63G). |
| 39 |    | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63H). |

| 40 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63I). |
|---|---|---|---|
| 41 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63J). |
| 42 | | 4/13/2004 | EnerSys website (Exide Trial Exhibit 63K). |
| 43 | | 4/13/2004 | Goals with our Brand building Strategy (Exide Trial Exhibit 64). |
| 44 | | 4/13/2004 | Loadhog & Deserthog Advertisements (Exide Trial Exhibit 65). |
| 45 | | 4/13/2004 | Miscellaneous "Hog" Advertisements (Exide Trial Exhibit 66). |
| 46 | | 4/13/2004 | Exide Ironclad Advertisement (Exide Trial Exhibit 67). |
| 47 | | 4/13/2004 | Brand Strategy Case Study (Exide Trial Exhibit 68). |
| 48 | | 4/13/2004 | Exide Technologies - Industrial Battery Group: Corporate Name Strategy (Exide Trial Exhibit 69). |
| 49 | | 4/13/2004 | Possible Global Branding Scenarios (Exide Trial Exhibit 70A). |
| 50 | | 4/13/2004 | Brands 1999 (Exide Trial Exhibit 70B). |
| 51 | | 4/13/2004 | 9/28/99 Power point presentation re Brand Strategy: Understand the Applicability of Branding Activities Across and Within National Boundaries; Lucca, Italy (Exide Trial Exhibit 71). |
| 52 | | 4/13/2004 | Brand Name Strategy (Exide Trial Exhibit 72). |
| 53 | | 4/13/2004 | Exide Technologies - Network Power Group (Exide Trial Exhibit 73). |
| 54 | | 4/13/2004 | 8/14/01 Email from T. Kaciubsky to D. Morris (Exide Trial Exhibit 74). |
| 55 | | 4/13/2004 | 10/6/03 Exide Press Release (Exide Trial Exhibit 76). |
| 56 | | 4/13/2004 | Agenda 2003-06-05 (Exide Trial Exhibit 77). |
| 57 | | 4/13/2004 | 10/31/03 Exide Press Release (Exide Trial Exhibit 78). |
| 58 | | 4/13/2004 | Exide Batteries Advertisement (Exide Trial Exhibit 79). |

| 59 |  | 4/13/2004 | Exide Batteries Advertisement (Exide Trial Exhibit 80). |
| 60 |  | 4/13/2004 | Exide Technologies Code of Ethics and Business Conduct (Exide Trial Exhibit 81). |
| 61 |  | 4/13/2004 | 3/25/03 Exide Technologies Global Quality Assurance Manual (Exide Trial Exhibit 82). |
| 62 |  | 4/13/2004 | U.S. Trademark Registration No. 986,811 (Exide Trial Exhibit 84). |
| 63 |  | 4/13/2004 | U.S. Trademark Registration No. 1,545,246 (Exide Trial Exhibit 85). |
| 64 |  | 4/13/2004 | U.S. Trademark Registration No. 1,658,819 (Exide Trial Exhibit 86). |
| 65 |  | 4/13/2004 | National Electrical Manufacturers Association - Cycle Life Testing of Lead-Acid Industrial Storage Batteries for Motive Power Service (Exide Trial Exhibit 92A). |
| 66 |  | 4/13/2004 | IEEE Recommended Practice for Installation Design and Installation of Large Lead Storage Batteries for Generating Stations and Substations - IEEE Std 484-1987 (Exide Trial Exhibit 92B). |
| 67 |  | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Large Lead Storage Batteries for Generating Stations and Substations - WEE Std 450-1987 (Exide Trial Exhibit 92C). |
| 68 |  | 4/13/2004 | National Electrical Manufacturers Association Publication No. 1B; Determination of Capacity of Lead-Acid Industrial Storage Batteries for Motive Power Service (Exide Trial Exhibit 92D). |
| 69 |  | 4/13/2004 | Bell Communication Research; Generic Requirements for Lead-Acid Storage Batteries (Exide Trial Exhibit 92E). |
| 70 |  | 4/13/2004 | Bellcore - Generic Requirements for Valve – Regulated Lead Acid Cells (Exide Trial Exhibit 92F). |
| 71 |  | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Vented Lead-Acid Batteries for Stationary Applications - IEEE Std 450-1995 (Exide Trial Exhibit 92G). |

| 72 | | 4/13/2004 | IEEE Guide for Selection of Valve-Regulated Lead-Acid (VRLA) Batteries for Stationary Applications (Exide Trial Exhibit 92H). |
|---|---|---|---|
| 73 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Vented Lead-Acid Batteries for Stationary Applications - IEEE Std 450-1995 (Exide Trial Exhibit 92I). |
| 74 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Valve-Regulated Lead-Acid (VRLA) Batteries for Stationary Applications - IEEE Std 1188-1996 (Exide Trial Exhibit 92J). |
| 75 | | 4/13/2004 | IEEE Recommended Practice for Installation Design and Installation of Valve-Regulated Lead-Acid Storage Batteries for Stationary Applications - IEEE Std 1187-1996 (Exide Trial Exhibit 92K). |
| 76 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Valve-Regulated Lead-Acid (VRLA) Batteries for Stationary Applications - IEEE Std 1188-1996 (Exide Trial Exhibit 92L). |
| 77 | | 4/13/2004 | IEEE Recommended Practice for Sizing Lead-Acid Batteries for Stationary Applications - IEEE Std 485-1997 (Exide Trial Exhibit 92M). |
| 78 | | 4/13/2004 | American National Standard for Telecommunications; Valve-Regulated Lead-Acid Batteries Used in the Telecommunications Environment (Exide Trial Exhibit 92N). |
| 79 | | 4/13/2004 | Battery Council International; Life Cycle Testing of Lead-Acid Industrial Storage Batteries for Motive Power Service (Exide Trial Exhibit 92O). |
| 80 | | 4/13/2004 | Battery Council International; Determination of Capacity of Lead-Acid Industrial Storage Batteries for Motive Power Service (Exide Trial Exhibit 92P). |
| 81 | | 4/13/2004 | IEEE Recommended Practice for Maintenance, Testing, and Replacement of Vented Lead-Acid Batteries for Stationary Applications; IEEE Std 450-2002 (Exide Trial Exhibit 92Q). |

| | | | |
|---|---|---|---|
| 82 | | 4/13/2004 | §172.101 Hazardous Materials Table (Exide Trial Exhibit 92R). |
| 83 | | 4/13/2004 | Part 3 - Dangerous Goods List and Limited Qualities Exceptions (Exide Trial Exhibit 92S). |
| 84 | | 4/13/2004 | IATA - Identification (Exide Trial Exhibit 92T). |
| 85 | | 4/13/2004 | 6/25/91 Letter with Technical Assistance and License Agreement (Exide Trial Exhibit 93A). |
| 86 | | 4/13/2004 | Agreement between Battronics, Inc., Exide Corporation, and Yuasa-Exide, Inc. (Exide Trial Exhibit 93B). |
| 87 | | 4/13/2004 | Murphy, John M., Brand Strategy, pp. 47-48, 115, 119 (Exide Trial Exhibit 96). |
| 88 | | 4/13/2004 | Aaker, David, Managing Brand Equity, p. 212 (Exide Trial Exhibit 97). |
| 89 | | 4/13/2004 | 5/18/03-05/21/03 A Presentation at the 115th Convention of Battery Council International - North American Industrial Battery Forecast Report 2003-2007 (Exide Trial Exhibit 98). |
| 90 | | 4/13/2004 | Exide Technologies Form 10-K for Fiscal Year Ended March 31, 2003 (Exide Trial Exhibit 102). |
| 91 | | 4/13/2004 | EnerSys, Inc. Website pages (Exide Trial Exhibit 103). |
| 92 | | 4/13/2004 | 3/30/01 A Strategic Integrated Marketing Communications Proposal for EnerSys Inc. for Fiscal Year 2001 (Exide Trial Exhibit 104). |
| 93 | | 4/13/2004 | Smith, Gordon V., Trademark Valuation, pp. 178-179 (Exide Trial Exhibit 106). |
| 94 | | 4/13/2004 | 10/24/03 Exide Technologies FY 02-03 Income Statement Comparison by GBU by Geography (Exide Trial Exhibit 122). |
| 95 | | 4/13/2004 | 8/10/03 Income Statement Third Party Sales Only - GNB Industrial Power - for Fiscal Years Ended March 2002 and March 2003 (Exide Trial Exhibit 123). |
| 96 | | 4/13/2004 | 3/31/95 Intellectual Property Rate Study performed by Ernst & Young for Yuasa-Exide (Exide Trial Exhibit 126). |

25014-007\DOCS_DE:137265.1

| | | | |
|---|---|---|---|
| 97 | | 4/13/2004 | 5/22/01 EnerSys Inc. Intangible Asset Appraisal by Enterprise Appraisal Company (Exide Trial Exhibit 127). |
| 98 | | 4/13/2004 | Simon, Carol J. and Mary W. Sullivan, "The Measurement and Determinants of Brand Equity: A Financial Approach" (Exide Trial Exhibit 128). |
| 99 | | 4/13/2004 | 3/31/91 Exide Corporation Industrial Division Financial Statements (Exide Trial Exhibit 144). |
| 100 | | 4/13/2004 | EnerSys Publication No. AS-RP-PG-001 January 2003 (Exide Trial Exhibit 152). |
| 101 | | 4/13/2004 | EnerSys Heritage Battery Brochure (Exide Trial Exhibit 153). |
| 102 | | 4/13/2004 | Yuasa-Exide Brochure (Exide Trial Exhibit 154). |
| 103 | | 4/13/2004 | Demonstrative - Brand Map (Exide Trial Exhibit 201). |
| 104 | | 4/13/2004 | Demonstrative - One Team ... One Vision ... Photograph (Exide Trial Exhibit 202). |
| 105 | | 4/13/2004 | GNB Study (Exide Trial Exhibit 300). |
| 106 | | 4/13/2004 | Curriculum Vitae of Scott D. Phillips (Exide Trial Exhibit 301). |
| 107 | | 4/13/2004 | Demonstrative - Five Products vs. All Others (Exide Trial Exhibit 302). |
| 108 | | 4/13/2004 | Memo re new Corporate Identity (Exide Trial Exhibit 303). |
| 109 | | 4/13/2004 | Demonstrative re Price Premium: Technology Portion (Exide Trial Exhibit 305). |
| 110 | | 4/13/2004 | Demonstrative re Determination of Trademark Earnings Rate (Exide Trial Exhibit 306). |
| 111 | | 4/13/2004 | Demonstrative re Indicated Valuation Analysis (Exide Trial Exhibit 309). |
| 112 | | 4/13/2004 | Demonstrative re Illustrative Rebuttal Analysis (Exide Trial Exhibit 310). |
| 113 | | 4/13/2004 | Excerpts from Brand Valuation by John Murphy (Exide Trial Exhibit 313). |

25014-007\DOCS_DE:137265.1

| | | | |
|---|---|---|---|
| 114 | | 4/13/2004 | Chart re Two Exide Ironclad Batteries Compared to Three General Batteries (Exide Trial Exhibit 315). |
| 115 | | 4/13/2004 | Excerpts from Trademark Valuation by Gordon Smith (Exide Trial Exhibit 316). |
| 116 | | 4/13/2004 | Demonstrative re Advertisements (Exide Trial Exhibit 400). |
| 117 | | 4/13/2004 | Demonstrative - Handwritten formula on Easel Paper (Exide Trial Exhibit 408). |
| 118 | | 4/13/2004 | Demonstrative - Chart of Mr. Blonder's Assumption (Exide Trial Exhibit 411). |
| 119 | | 4/13/2004 | Memo from Shea to managers re Market Trends (EnerSys Trial Exhibit 132). |
| 120 | | 1/28/2004 | Transcript of Hearing held on 1/28/04 pp. 44-106. |
| 121 | 3914 | 3/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/3/04 pp. 47-121; 174-189; 201-203. |
| 122 | 3917 | 3/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/4/04 pp. 20-45; 99-101; 103-113; 125-126; 129-145; 158-202; 258-326. |
| 123 | 3916 | 3/15/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/5/04 pp. 5-25; 101-110; 115-119; 158-170. |
| 124 | 4002 | 3/23/2004 | FILED UNDER SEAL: Transcript of Hearing Held on 3/12/04 pp. 1-8; 45-66; 83-98; 133-182; 215-218. |
| 125 | | 3/17/2004 | Transcript of Hearing Held on 3/17/04 pp. 28-203; 230-232. |
| 126 | | 3/25/2004 | Transcript of Hearing Held on 3/25/04 pp. 133-210. |
| 127 | | 3/26/2004 | Transcript of Hearing Held on 3/26/04 pp. 6-90; 109-190. |
| 128 | 5474 | 5/05/2006 | Transcript of Hearing Held on 4/27/06 pp. 1-42. |

25014-007\DOCS_DE:137265.1

Exide respectfully reserves the right to supplement and amend the record on appeal designated herein.

Dated: May 8, 2008

MATTHEW N. KLEIMAN, P.C.
Matthew N. Kleiman
2506 North Clark Street, Suite 307
Chicago, IL 60614
Telephone: (312) 543-0412
Facsimile: (773) 868-4844

-and-

KATTEN MUCHIN ROSENMAN LLP
Roger P. Furey
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, DC 20007-5201
Telephone: (202) 625-3500
Facsimile: (202) 298-7570

-and-

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Appellee Exide Technologies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, et al. | ) | |
| | ) | |
| | ) | |
| ENERSYS DELAWARE, INC., | ) | Civ. No. 06-302 (SLR) |
| | ) | |
| Appellant, | ) | |
| | ) | AP No. 06-33 |
| v. | ) | |
| | ) | |
| EXIDE TECHNOLOGIES, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 8th day of May, 2008, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> **Exide Technologies' Designation of Additional Items to be Included in Record on Appeal**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

Exide Technologies – Enersys Service List
Case No. 02-11125 (KJC)
Document No. 120280v2
02 – Hand Delivery
06 – First Class Mail

**Hand Delivery**
(Counsel to Enersys Delaware, Inc.)
Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Post Confirmation Committee of Unsecured Creditors)
David B. Stratton, Esq.
David M. Fournier, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

**First Class Mail**
(Counsel to Enersys Delaware, Inc.)
Robert Lapowsky, Esq.
Neil C. Schur, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

**First Class Mail**
(Counsel to the Reorganized Debtor)
Matthew N. Kleiman, Esq.
Matthew N. Kleiman, P.C.
2506 North Clark Street, Suite 307
Chicago, IL  60614

**First Class Mail**
(Counsel to the Reorganized Debtor)
Paul R. Garcia, Esq.
Michelle A. H. Francis, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

**First Class Mail**
(Counsel to the Reorganized Debtor)
Roger P. Furey, Esq.
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, DC 20007-5201

**First Class Mail**
(Counsel to Post Confirmation Committee of Unsecured Creditors)
Fred S. Hodara, Esq.
Mary R. Masella, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

**First Class Mail**
(Reorganized Debtor)
Holly Pritchard, Esq.
Barbara Hatcher, Esq.
Exide Technologies
13000 Deerfield Parkway, Building 200
Alpharetta, GA  30004